UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW CONCEPT ENERGY, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>GUY GENTILE and<br>MINTBROKER INTERNATIONAL, LTD.<br><br>  Defendants. | No. 18-Civ. 8896-VSB<br><br>(ECF) |
| Related to: | |
| AVALON HOLDINGS CORP.,<br><br>  Plaintiff,<br><br>  v.<br><br>GUY GENTILE and<br>MINTBROKER INTERNATIONAL, LTD.<br><br>  Defendants. | 18-Civ-7291-VSB |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

  This Stipulation and Order is entered into by and between Plaintiff New Concept Energy, Inc., and Defendants Guy Gentile and MintBroker International, Ltd., through their respective undersigned counsel:

  1. Defendants hereby waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure, of the Complaint filed in this action on September 28, 2018 (Dkt. No. 1), as re-filed to correct a clerical error on October 1, 2018 (Dkt. No. 7).

1

2. Defendants shall have until December 27, 2018, to answer, move to dismiss, or otherwise respond to the Complaint.

3. The parties agree that efficiency warrants adjudication of this case as "related to" *Avalon Holdings Corp. v. Gentile*, No. 1:18-cv-7291, as asserted in the Related Case Statement filed by Plaintiff at Dkt. No. 3.

4. This Stipulation shall not be deemed a waiver of any defenses that Defendants may assert, including, but not limited to, any motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Dated: October 5, 2018

_____
Adam Ford
Robert S. Landy
FORD O'BRIEN LLP
575 Fifth Avenue, 17th Floor
New York, NY 10017
Tel.: (212) 858-0040
Email: aford@fordobrien.com
          rlandy@fordobrien.com

*Attorneys for Defendants*
*Guy Gentile and*
*MintBroker International, Ltd.*

_____
Miriam Tauber
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A
New York, NY 10075
Tel.: (323) 790-4881
Email: miriamtauberlaw@gmail.com

David Lopez, Esq.
LAW OFFICES OF DAVID LOPEZ
PO Box 323, 171 Edge of Woods Rd.
Southampton, NY 11969
Tel.: (631) 287-5520
Email: davidlopezesq@aol.com

*Attorneys for Plaintiff Avalon Holdings Corp.*

**SO ORDERED:**

DATED: _____          _____
                                                              Hon. Vernon S. Broderick, U.S.D.J.

2