# EXHIBIT C



I'VE ALWAYS WONDERED...

# Why do they still have floor traders at the NYSE?

By Golda Arthur
July 04, 2014 | 11:15 AM



Traders work on the floor of the New York Stock Exchange (NYSE) on June 20, 2014 in New York City. - Spencer Platt/Getty Images

Listener John Wang, who dabbles in a little online trading, wrote in to ask this:

"I've always wondered why there are still people on the floor of the New York Stock Exchange. It always seems kind of strange that they're there, now that we have computers and networks for doing all sorts of trades."

Most of us have a mental picture of floor traders at the stock market – men in blue jackets, shouting at each other, waving bits of paper, gesturing wildly with hand signals.

"Even though it looks chaotic to people, it's actually very crystal clear what was going on to the people down on the floor," says Johanna Lee, director of a documentary film called The Pit, about a group of floor brokers at the New York Board of Trade.

The guys in her movie dealt in coffee futures. And they used to do something called open outcry, setting the price right then and there

**Why Do They Still Have Floor Traders At The NYSE?**

So what's it like on Wall Street now?

I went to find out at the New York Stock Exchange: the grand stage of American capital markets. It has an impressive carved stone ceiling, in which you can see the nearly 200 years of history – which is totally at odds with the rows of computer screens that line every single booth in the hall.

On the floor, traders in their blue jackets are everywhere.

"I spent my whole career in this building," says Kenny Polcari, a trader for O'Neill Securities who represents an institutional investor. "For me it's really all I know."

Polcari, a fast-talker with a big laugh and sense of humor, says things work very differently today from when he first started out in this job 30 years ago.

"Today it's defined by technology. It's defined by high-speed computers that take the emotion out of investing. Some say it's good. I, on the other hand... Listen, part of what investing was about was the emotion. You come down here 25 or 30 years ago, the emotion blew the roof off the building every single day. It was just so exciting."

But here's the thing - for all the excitement and history and prestige, the NYSE actually handles a *tiny* amount of the overall volume of trades in the U.S.

So who does the rest of the trading? Robots.

"Robots now do anywhere between 50 and 75 percent of the trades in the United States," says Bob Ivry, who works for Bloomberg News and wrote a book called The Seven Sins of Wall Street.

Ivry says the real action takes place in a high-security warehouse in a small town in New Jersey. That's where you'll find computers trading at lightning speed. They're also cheaper and more efficient than humans.

Hooray for robots, right? Not quite.

"They are there when the going is good," says Ivry. "The minute the prices start plummeting, for any reason, what the robots do is they run for the hills. They're nowhere to be seen when that stock is going down."

Computers have been known to cause a flash crash – where prices tumble uncontrollably, causing a lot of damage. But the reality is, automated trading has taken over.

So does that make traders like Kenny Polcari an endangered species?

Polcari believes there is still a role for human judgement in the system, especially when the market is fragmented. "You almost have to develop a sixth sense, you have to be able to feel the liquidity," he says.  "Today brokers use that sixth sense to try and assess supply and demand in a fractured market structure. And I think that's part of the challenge but that's also part of the key, that's how you're able to represent customers."

"As far as the nuts and bolts of trading are concerned, they're already gone," says Ivry. "If you consider there's some theatre involved – and I do – then they have a specific and necessary function. They put a face to the battle of the robots. All those traders down there in their blue smocks and their pins – they put a face on trading, on American capitalism."

Ivry says we need a narrative to tell us how to invest our money in a way that will help communities. Trading algorithms are "a brutal and souless way of allocating capital," he says.

Back at the New York Stock Exchange, it's a good thing trader Kenny Polcari is a "Type A" personality.

"I think that's fair," Polcari says with a hearty laugh. "I love being the face of Wall Street."

### Why Do They Still Have Floor Traders At The NYSE?

service journalism. And when you give today, your donation will go twice as far, thanks to a dollar-for-dollar match from The Kendeda Fund. Thank you for your generous support! Become a Marketplace Investor TODAY!

Case 1:18-cv-08896-VSB   Document 15-4   Filed 12/27/18   Page 4 of 38

**Why Do They Still Have Floor Traders At The NYSE?**

**BREAKING NEWS**

Dow Declines 300 Points on Signs of Government Christmas Shutdown, Had Lost 600

Home / Investing

# The Real Wall Street Is Actually in Secaucus, New Jersey

*There are many electronic exchanges and electronic crossing networks, so business is now more likely done via a data center such as NY4 in Secaucus, N.J., instead of the NYSE.*

**By Michael Khouw**
Jul 9, 2015 10:14 AM EDT

READ AS SINGLE PAGE



NEW YORK (TheStreet) -- Viewers who tune in to the financial news during regular market hours will likely see the floor of the New York Stock Exchange: colorful lights, colorful jackets and a lot of people bustling about in front of a multitude of screens looking very busy trading.

But are they? When the NYSE halted trading, did trading actually halt at all?

To understand the implications of halts, closures and "glitches," it is important to understand a bit about how markets actually function.

Once upon a time, in simple terms, those who wanted to buy or sell a stock, would call their brokers on the phone. Brokers would jot orders down on pieces of paper and stamp the time of the calls on order tickets.

They would then direct the orders to their traders, who would contact their floor brokers, who were actually on the exchange (the guys in the colorful jackets with badges).

The floor brokers would go to the "post" where the stocks traded and execute the orders with the specialists or traders in the pit. They would then report the "fill" back up the chain eventually back to the buyer and seller.

It was quite a manual process. Naturally, if there were no traders or brokers on the exchange floor, then trading didn't take place because that is where buyers and sellers came together to transact since the earliest days of the buttonwood tree.

That isn't exactly how things work today, though. Ultimately, an exchange is simply a mechanism for buyers and seller to pair off, and that doesn't occur with pieces of paper and brokers and traders screaming at each other in the pits.

Now there are a huge number of exchanges and electronic crossing networks where buyers and sellers pair off electronically.

All these venues compete for business as the place to transact, but that "place" is really not on the New York Stock Exchange floor on Wall and Broad but more likely a data center such as NY4 in Secaucus, N.J., where rows upon rows of servers belonging to a multitude of different financial institutions, including many exchanges, exist in the same building. In fact, it is very likely that the broker also has servers in the same facility.

**Recommended for you:**

Here's What it Takes for GE to Become a Buy

Trump Signals He May Shut Government Without Wall Funding; Stocks Sink

Adobe, FedEx Among Growth Stocks to Buy in a Bear Market

---

*Michael Khouw has no positions in any of the securities mentioned. Action Alerts PLUS will neither buy nor sell options.*

---

## Continue Reading →

(Page 1 of 3)

READ AS SINGLE PAGE

Investing    Options

---

# More from Investing



## Time to Prep for 2019: What Investors Need to Know

Katherine Ross | Dec 20, 2018 3:08 PM EST



## Our Next Downside Price Target for Ford Motor is $6

Bruce Kamich | Dec 20, 2018 2:45 PM EST



## Here's What it Takes for GE to Become a Buy

Jonas Elmerraji | Dec 20, 2018 2:41 PM EST

Case 1:18-cv-08896-VSB Document 13-4 Filed 12/27/18 Page 8 of 38



# Trading Strategies: What to Expect From the Banking Sector Going Into 2019

Katherine Ross | Dec 20, 2018 2:39 PM EST



# Tilray Is Now a Top-Tier Cannabis Play

Timothy Collins | Dec 20, 2018 2:22 PM EST

©1996-2018 TheStreet, Inc. All rights reserved.Action Alerts PLUS is a registered trademark of TheStreet, Inc.

  

Home  ›  Personal Finance

# This is the last photo we'll ever run of the NYSE trading floor

Case 1:18-cv-08896-VSB   Document 15-4   Filed 12/27/18   Page 10 of 38



By **Jeremy Olshan**
Published: Oct 1, 2014 1:20 p.m. ET







No more Mr. NYSE guy.

The stock market ditched Wall Street years ago. The masters of the universe, like the Giants and Jets, now scrimmage across the Hudson River in New Jersey—their trading these days done almost entirely by computers **piping algorithmic playbooks into a fortress of servers in Mahwah** and other competing exchanges nearby.

The small squads of human traders who remain on the floor at 11 Wall St., the New York Stock Exchange's Teddy Roosevelt–era headquarters, are (for the most part) just playing fantasy football.

Yet just as the Big Apple's football teams kept their New York names after wedding themselves to the Garden State, the financial industry, investors and the media continue to pretend that the Big Board is where the action is. We need to end this fiction.

How much actual trading is done at 11 Wall St.?

"It's pretty darn close to zero," said Eric Scott Hunsader, founder of market-data provider Nanex. "Even that is pushing it, because they don't make markets, the guys in the jackets. They might say they do, but they don't."



Pools.")

So this will be the last time you will see photos of the NYSE floor—or any of the world's trading floors—on MarketWatch (unless something actually newsworthy happens there). The Big Board is now little more than a Big Tent for a phony media circus of photo-ops and cable-news talking heads. P.T. Barnum couldn't draw the crowds Jack Ma did last month when he clanged the bell to kick off Alibaba's IPO. The only things exchanged on the floor, however, were camera flashes, sound bites, and high-fives.

Don't get me wrong. I love the photos of the guys on the trading floor. They are human emoji, a shorthand able to illustrate the full range of stock-market sentiment from triumph to agony. (Peter Tuchman, a 30-year veteran of the floor, was **recently dubbed the "most photographed trader on Wall Street" by BuzzFeed**.)

And, to be fair, these "designated market makers," as the several dozen remaining floor specialists are now called, aren't there entirely for show. "There is a value to having humans in place at the point of sale—seeing them there provides a sense of security and accountability that a wholly electronic exchange cannot offer," said Eric Ryan, a spokesman for the NYSE. "When things are going fine—90% of the time you don't need a person, but when there are imbalances, instability, or when a fat-fingered trader orders a million shares instead of 10,000, our guys can catch it before it hits the marketplace."

Still, by relying on trading-floor photos, we have been distorting the truth rather than reporting it. We are doing a disservice to you, our readers, and therefore we too must change with the times and find new ways to illustrate the ups and downs of the market.

"The photos of traders, especially in times of jubilation or distress, have been the human face of Wall Street over the years despite technological changes," said Wall Street historian Charles Geisst. But the practice only began after World War II. "In earlier years, editorial cartoons were used instead, and they were usually less than flattering," Geisst said.



Photos of downtown Mahwah?

We need your help. Give us your suggestions in the comments or tweet them with the hashtag #NoSadTraders.

*Get a daily roundup of the top reads in personal finance delivered to your inbox. Subscribe to MarketWatch's free Personal Finance Daily newsletter.* **Sign up here.**

## Personal Finance Daily

Top stories in personal finance.

SIGN UP

---

## WE WANT TO HEAR FROM YOU

Join the conversation

COMMENT



### JEREMY OLSHAN

Jeremy Olshan is the editor of MarketWatch.

Case 1:18-cv-08896-VSB   Document 15-4   Filed 12/27/18   Page 14 of 38



# Accounts

**Initial Deposit**

$ 25,000

**Location**

Brooklyn, NY

**Account Type**

Savings & MM...

| INSTITUTION | APY | Min. Balance for APY | |
|---|---|---|---|
| **Ally Bank - Savings** | | | Sponsored |
|  | 2.00% | $0 | Get Details |
| Consistently Competitive Rates. 24/7 Customer Care. | | | |
| Rate: 1.98% • Fees: N/A • FDIC Insured | | | |
| **Citizens Access - Savings** | | | Sponsored |
| ✖ Citizens Access ➔ | 2.25% | $5,000 | Get Details |
| Absolutely no fees. 5 minute sign-up. Customer care. Min. Balance $5,000 for APY. Member FDIC | | | |
| Rate: 2.23% • Fees: N/A • FDIC Insured | | | |
| **American Express National Bank - Savings** | | | Sponsored |
| AMERICAN EXPRESS Personal Savings | 2.10% | $1 | Get Details |
| Grow your savings with no fees/minimum balance and 24/7 access. Member FDIC. Learn more. | | | |
| Rate: 2.08% • Fees: N/A • FDIC Insured | | | |
| **Synchrony Bank - Savings** | | | Sponsored |
| synchrony | 2.05% | $0 | Get Details |

Ad Disclosure          As of: 12/20/2018

SMARTASSET.COM

# MARKETWATCH
# PARTNER CENTER

# MOST POPULAR

**The stock index that powered the bull rally is on the precipice of a bear market — and that would make history**







investors says a Fed stock-market lifeline is gone



Peter Schiff says we're not in a bear market, 'we're in a house of cards that the Fed built'



Why 'Rich Dad, Poor Dad' Robert Kiyosaki hopes the stock market crashes



Journal Editorial Report: HIts and Misses of the Week

---

Best Savings Accounts & Rates - December 2018

Account:Minimum for APY:Min. for APY:   APY:



Member FDIC

★★★★★  Dec 20, 2018

CIT Bank

*$25k+ balance or $100+/month deposit for 2.25% APY. Member FDIC.*
Savings Account

$100    2.25%

Min. for APY<sup>Dec 20,</sup> APY:
        2018

$100    2.25%

---

**SPONSORED FINANCIAL CONTENT**



**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet



**See How Some Retirees Use Options Trading As A Safe Way To Earn Income**
TradeWins



**The Real Reason Most Investors Never Beat the Market**
True Market Insiders






dianomi

## SPONSORED RESULTS

| | |
|---|---|
| 1. New York Stock Exchange Q… | 5. How to Read the Stock Market |
| 2. Wall Street Stock Market Tod… | 6. Stock Market Returns |
| 3. Stock Market Exchange | 7. Stock Market Investments |
| 4. NYSE Stock Market Quotes | 8. Online Stock Trading |

## FROM THE WEB



**Lance Armstrong Poised to Become a Billionaire Despite Downfall**

NYPost.com



**Steven Tyler Once Adopted a Teenager and Got Her Pregnant**

Grunge.com



**There's a Lot You Don't Know About Cool Whip**

Mashed.com



**What the Aides of the White House Call Ivanka Trump**

NickiSwift.com





## SPONSORED FINANCIAL CONTENT











**This five-stock portfolio hands you monthly dividend payments.**

Wealthy Retirement

**The Real Reason Most Investors Never Beat the Market**

True Market Insiders

**Find out how you could fund your retirement with one low-priced stock.**

Oxford Communique

**Man Who Called DOW 20,000 Has Surprising New Prediction**

Stansberry Research

**The No. 1 Stock to Buy Right Now**

Banyan Hill

*dianomi*

―――――――――――― BACK TO TOP ▲ ――――――――――――

Copyright © 2018 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.

   

 

Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.

ADVERTISEMENT

# Inside The Most Important Building For U.S. Capital Markets, Where Trillions Trade Each Day

 **by Tyler Durden**
Wed, 04/13/2016 – 20:03

Ask people which is the most important structure that keeps the US capital markets humming day after day, and most will likely erroneously say the New York Stock Exchange, which however over the past decade has transformed from its historic role into nothing more than a TV studio for financial cable networks. Some might be closer to the truth and say that the most important building is the true New York Stock Exchange located in Mahwah, New Jersey however that also is not true as the NYSE now accounts for just a small fraction of total traded volume.

No, the real answer of what the most important building if for US capital markets, and not just stocks, but all assets classes, as under its roof on a daily basis electronic trades representing many trillions of dollars' worth of equities derivatives, currencies, and fixed–income take place, is the Equinix NY4 data center, located at 755 Secaucus Road, in Secaucus, NJ 07094.



# (I) INVESTOPEDIA

EDUCATION          MARKETS          SIMULATOR          YOUR MON

CITADEL | Securities
Member FINRA & SIPC

Advertisement

Advertisement



INSIGHTS ›
MARKETS &
ECONOMY

## Insights

▶ **MARKETS & ECONOMY**

POLITICS & MONEY

PEOPLE

LAWS & REGULATIONS

COMPANY INSIGHTS

CRIME & FRAUD

BUZZ & TRENDING

# The NYSE and Nasdaq: How They Work

CITADEL | Securities
Member FINRA & SIPC

Advertisement

BY INVESTOPEDIA
STAFF
| Updated Dec 6, 2018

Whenever
someone talks
about the stock
    et as a place

Think you're ready to go public?

SPONSORED BY CITADEL

where equities are exchanged between buyers and sellers, the first thing that comes to mind is either the [New York Stock Exchange](#) (NYSE) or [Nasdaq](#), and there's no debate over why. These two exchanges account for the trading of a major portion of equities in North America and worldwide. At the same time, however, the NYSE and Nasdaq are very different in the way they operate and in the types of equities traded therein. Knowing these differences will help you better understand the function of a [stock exchange](#) and the

Advertisement



Going public?



Member FINRA & SIPC

Advertisement

mechanics behind the buying and selling of stocks.

## Location, Location, Location

The location of an exchange refers not so much to its street address but the "place" where its transactions take place. While the NYSE still retains its physical trading floor on Wall Street in New York City, the vast majority of exchanges occur in Mawah, New Jersey, at the NYSE's data center.

The Nasdaq, on the other hand, does not have a physical trading floor at all. At both telecommunications

centers, trading takes place directly between investors and their buyers or sellers, who are the market makers (whose role we discuss below in the next section), through an elaborate system of companies electronically connected to one another.

## Dealer Vs. Auction Market

The fundamental difference between the NYSE and Nasdaq is in the way securities on the exchanges are transacted between buyers and sellers. The Nasdaq is a dealer's market, wherein market participants are

not buying from and selling to one another directly but through a dealer, who, in the case of the Nasdaq, is a market maker. The NYSE differs in that, at market open and close, it functions as an auction market, wherein individuals are typically buying and selling between one another, and there is an auction occurring; that is, the highest bidding price will be matched with the lowest asking price.



This ad will end in

**What Year Was the NYSE Formed? InvestoTrivia**

## Traffic Control

Each stock
market has its
own traffic
control police
officer. Yep, that's
right: just as a
broken traffic
light needs a
person to control
the flow of cars,
each exchange
requires people
who are at the
"intersection"
where buyers and
sellers "meet," or
place their
orders. The traffic
controllers of
both exchanges
deal with specific
traffic problems
and, in turn,
make it possible
for their markets
to work. On the
Nasdaq, the
traffic controller
is known as the
market maker,
who, we already
mentioned,
transacts with

buyers and
sellers to keep
the flow of
trading going. On
the NYSE, the
exchange traffic
controller is
known as the
specialist, who is
in charge of
matching up
buyers and
sellers.

The [definitions of
the role of the
market maker](#)
and that of the
specialist are
technically
different; a
market maker
creates a market
for a security,
whereas a
specialist merely
facilitates it.
However, the
duty of both the
market maker
and specialist is
to ensure smooth
and orderly
markets for
clients. If too

many orders get backed up, the traffic controllers of the exchanges will work to match the bidders with the askers to ensure the completion of as many orders as possible. If there is nobody willing to buy or sell, the market makers of the Nasdaq and the specialists of the NYSE will try to see if they can find buyers and sellers and even buy and sell from their own inventories.

# Perception and Cost of NYSE and Nasdaq

One thing that we can't quantify but must acknowledge is the way that investors

generally perceive the companies on each of these exchanges. The Nasdaq is typically known as a high-tech market, attracting many of the firms dealing with the internet or electronics. Accordingly, the stocks on this exchange are considered to be more volatile and growth-oriented. On the other hand, the companies on NYSE are perceived to be less volatile. Its listings include many of the blue-chip firms and industrials that were around before our parents, and its stocks are considered to be

more stable and
established.

Whether a stock
trades on the
Nasdaq or the
NYSE is not
necessarily a
critical factor for
investors when
they are deciding
on stocks to
invest in.
However,
because both
exchanges are
perceived
differently, the
decision to list on
a particular
exchange is an
important one for
many companies.
A company's
decision to list on
a particular
exchange is also
affected by the
listing costs and
requirements set
by each
exchange. The
entry fee a
company can
expect to pay on

the NYSE is up to $500,000 while on the Nasdaq, it is only $50,000 to $75,000. Yearly listing fees are also a big factor: on the NYSE, they based on the number of shares of a listed security, and are capped at $500,000, while the Nasdaq fees come in at around $27,500. So we can understand why the growth-type stocks (companies with less initial capital) would be found on the Nasdaq exchange.

## Public Vs. Private

Before March 8, 2006, the final major difference between these two exchanges

was their type of
ownership: the
Nasdaq exchange
was listed as a
publicly-traded
corporation,
while the NYSE
was private. This
all changed in
March 2006 when
the NYSE went
public after being
a not-for-profit
exchange for
nearly 214 years.
Most of the time,
we think of the
Nasdaq and NYSE
as markets or
exchanges, but
these entities are
both actual
businesses
providing a
service to earn a
profit for
shareholders.

The shares of
these exchanges,
like those of any
public company,
can be bought
and sold by
investors on an

exchange. (Incidentally, both the Nasdaq and the NYSE trade on themselves.) As publicly traded companies, the Nasdaq and the NYSE must follow the standard filing requirements set out by the [Securities and Exchange Commission](). Now that the NYSE has become a publicly traded corporation, the differences between these two exchanges are starting to decrease, but the remaining differences should not affect how they function as marketplaces for equity traders and investors.

## The Bottom Line

Both the NYSE and the Nasdaq markets accommodate the major portion of all equities trading in North America, but these exchanges are by no means the same. Although their differences may not affect your stock picks, your understanding of how these exchanges work will give you some insight into [how trades are executed](#) and how a market works.

## Lower Your Rates -- Elevate Your Experience

SPONSORED

Imagine student loan interest rates that [help you get out of debt](#) sooner. Now, for a limited time, you can lock in fixed rates [as low as 1.95% APR](#) when you refinance your student loans with First Republic — [that's one of the lowest rates](#) in the country.

## Related Articles

## Partner Links



∝
**ECONOMY**

The Difference Between a Nasdaq Market Maker and a NYSE Specialist



**MARKETS & ECONOMY**

Who employs the specialists at New York Stock Exchange (NYSE)? Do they work for themselves, for the NYSE or for brokerage firms?

**MARKETS & ECONOMY**

What exactly is being done when shares are bought and sold?

**MARKETS & ECONOMY**

Getting to Know the Stock Exchanges

**MARKETS & ECONOMY**

A Breakdown on How the Stock Market Works



**MARKETS & ECONOMY**

How do I invest in the Nasdaq or the NYSE? Is it even possible? Would I want to?



Terms

News

Tutorials

About Us

Advertise

Contact

Privacy Policy

Terms of Use

Careers

# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Investopedia is part of the Dotdash publishing family.

The Balance | Lifewire | TripSavvy | The Spruce and more