USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 12/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVALON HOLDINGS CORPORATION,

Plaintiff,

- against -

GUY GENTILE and MINTBROKER INTERNATIONAL, LTD.,

Defendants.

18-CV-7291 (VSB)

NEW CONCEPT ENERGY, INC.,

Plaintiff,

- against -

GUY GENTILE and MINTBROKER INTERNATIONAL, LTD.,

Defendants.

18-CV-8896 (VSB)

**AMENDED ORDER OF REFERENCE**

VERNON S. BRODERICK, United States District Judge:

The above entitled actions are referred to the designated Magistrate Judge for the following purposes:

[INTENTIONALLY BLANK]

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: ___________________________ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>__________________________ | ___ | Habeas Corpus |
| __ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: ________________ |

SO ORDERED.

Dated: December 30, 2019
New York, New York

Vernon S. Broderick
United States District Judge