UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-8896 (VSB) (RJL) <br><br> ECF Case |

Related to:

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (VSB) (RJL) <br><br> ECF Case |

**PLEASE TAKE NOTICE** that upon the accompanying Brief and Affidavit of Miriam Tauber (and attached Exhibits), and the pleadings, Plaintiff New Concept Energy, Inc. hereby moves the Court for entry of Summary Judgment pursuant F.R.C.P. 56.

Dated:  Aug. 10, 2020
         New York, NY

*s/ Miriam Tauber*                                             *s/ David Lopez*
_____
Miriam Tauber (MT-1979)                          David Lopez (DL-6779)
MIRIAM TAUBER LAW PLLC                  LAW OFFICES OF DAVID LOPEZ
885 Park Ave. 2A, New York NY 10075    PO Box 323 | 171 Edge of Woods Rd.
(323) 790-4881 | MiriamTauberLaw@gmail.com    631-287-5520 | DavidLopezEsq@aol.com

*Attorneys for Plaintiff New Concept Energy, Inc.*