# EXHIBIT C

                                                      Page 1

 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - -x
      AVALON HOLDINGS CORP.,
 4                       No. 18-cv-7291(VSB)
               Plaintiff,     (ECF Case)
 5
             -against-
 6
      GUY GENTILE and MINTBROKER INTERNATIONAL,
 7   LTD.,
 8             Defendants.
     - - - - - - - - - - - - - - - - - - -x
 9   Related to:
     - - - - - - - - - - - - - - - - - - -x
10   NEW CONCEPT ENERGY, INC.,
                         No. 18-cv-8896(VSB)
11             Plaintiff,     (ECF Case)
12          -against-
13   GUY GENTILE and MINTBROKER
      INTERNATIONAL, LTD.,
14
               Defendants.
15   - - - - - - - - - - - - - - - - - - -x
16             Virtual Deposition
               New York, New York
17
               May 27, 2020
18             10:07 a.m.
19
20             VIRTUAL DEPOSITION of BRAD
21   KLAUSEGER, a Non-Party Witness in the
22   above-entitled action, held at the above
23   time and place, taken before Jennifer
24   Brennan, a Notary Public of the State of
25   New York, pursuant to Subpoena.

B. Klauseger

1
2  sub-accounts, that's the 3365 account and
3  the sub-accounts that are UL 3811 and US
4  3812; right?
5     A    I would have to -- so can you
6  state that again?
7     Q    So I guess we only have trading
8  records for the account that I just
9  mentioned, the Master Account, that's
10  33 --
11    A    3365 and the UL and US under
12  those accounts, yes.
13    Q    I guess I understand from that,
14  the other accounts didn't have any
15  trading in these securities?
16    A    Yes, that's correct.
17    Q    And the securities are Avalon
18  and New Concept?
19    A    Correct.
20    Q    So then going into these
21  account statements for those relevant
22  accounts I just mentioned, if you go into
23  the folder that says, "Annual
24  statements," I'm going to now introduce
25  these documents, so that's Mint 2018-1,

B. Klauseger

1
2  Mint 2018-UL and Mint 2018-US. So I
3  think that one of them was introduced
4  already as a Gentile exhibit and that one
5  is Exhibit 5 from the Gentile deposition,
6  which I'm going to mark now.
7        MS. TAUBER:  Does everyone now
8     see there is an exhibit in the marked
9     exhibits on the exhibit share?
10       THE WITNESS:  Yes.
11    Q    So that is the document that is
12  Mint 2018-1 in this annual statements
13  folder and the other ones I'm marking
14  Exhibit 18, because we ended with
15  Exhibit 17 in the Gentile deposition.  So
16  now we have Exhibit 5, I think we can't
17  open them all at the same time, which is
18  another reason why it's good to have the
19  other folder opened.  So Exhibit 5 -- so
20  I'm looking at all of these together,
21  even though you can't do it on the
22  exhibit share.
23        So Exhibit 5 is this one, is
24  Mint 2018-1 and that is the activity
25  statement for the Master Account ending

B. Klauseger

1
2  in 3365?
3     A    That's correct.
4     Q    And then there is also an
5  account ending in 3665-F, the way that I
6  see that is if you go into the account
7  documents, the 3665 folder, if you look
8  at all the documents in there, some of
9  them are labeled 3665-F.
10       Do you see that?
11    A    Yes, I do.
12    Q    Could you explain the
13  difference between the 3365 and the
14  3365-F account, if there is one?
15    A    So they're both Master
16  accounts.  The F account is our IB UK
17  limited account.  It's used to trade
18  particular products that aren't offered
19  through our IB LC entity.
20    Q    And then how does that F
21  account relate to the UL and US account,
22  the long and short?
23    A    It's essentially a partitioned
24  account of the Master I Broker.
25    Q    So just another sub-account or

B. Klauseger

1
2  another --
3     A    I wouldn't quite call it a
4  sub-account.  It would be -- essentially
5  it's just a partition of the Master
6  Account.  It's able to trade other
7  products that the IB LC cannot offer.
8  That's the best way I can put it.
9     Q    So there is no stock trading in
10  that account, like regular --
11    A    There should not be any -- I do
12  not believe any stock trading should be
13  in that account for US securities.
14    Q    So then if you look at the --
15  sort of the first page of each of these
16  documents that I just marked 5 and 17 and
17  18, I believe it was, you see there is
18  like a net asset value header on the
19  first page?
20    A    Yes, yes.
21    Q    Sorry, it was 18 and 19.  Just
22  to clarify, it was 5, 18 and 19.
23    A    Yes.
24    Q    So in Exhibit 5, which is the
25  Master Account --

Page 14

1          B. Klauseger
2    A    Correct.
3    Q    -- do you see that it says the
4 total -- I guess I'll ask it this way:
5 If you look at the net asset value header
6 on the first page of each document, how
7 do those relate to one another?
8          Like, they don't seem to add up
9 or have the same numbers, but I know
10 that, like we just discussed, there are
11 two sub-accounts and a Master Account, so
12 how does that work?
13    A    Net asset value --
14    Q    So where I'm looking is in
15 the --
16    A    You're in Exhibit 5?
17    Q    Yeah, let me just also put one
18 more exhibit on there.  And Exhibit 5,
19 for example, I'm looking at the total,
20 which says -- like at the end of 2018,
21 there is eight -- so let me just put one
22 more exhibit up there actually.
23          So now there is Exhibit 6 up
24 there also from the Gentile deposition
25 and that seems -- tell me if I'm wrong,

Page 15

1          B. Klauseger
2 but this looks like another way of
3 showing the information that's in
4 Exhibit 5, do you see that, a different
5 type of statement with --
6    A    Yes, I see that.
7    Q    So where I'm looking at
8 Exhibit 6, which is more similar to the
9 format of the other two documents, if you
10 look at where it says, "Net asset value,"
11 on the first page, then it says, "Total,"
12 and I'm looking at the total, like at the
13 end of December 31, 2018, 7.94 million
14 number?
15    A    Correct.
16    Q    And then if you look at
17 Exhibit 18, which is the long account, on
18 the front page of that one, a similar
19 like header and then --
20    A    Yes.
21    Q    -- it's total, December 31,
22 2018, is 5.9 million.
23          Do you see that, 5.989?
24    A    Yes.
25    Q    And then the short, I now each

Page 16

1          B. Klauseger
2 document is annoying, but the short
3 account, which is Exhibit 19, that has a
4 total at the end of the same period of
5 negative 710,000?
6    A    Correct.
7    Q    So how -- I guess I'm wondering
8 how -- like, what is the relationship
9 between the net asset value shown on the
10 Master statement and then the two
11 sub-account statements, in order to
12 figure out what is the actual value of
13 this account?
14          Do you have to add all those
15 numbers together or is one included in
16 the other, like how is that --
17    A    Right, so based on what I
18 see -- let me take another look at each
19 of the exhibits again, if you don't mind.
20    Q    No problem.  If you want to
21 open up at the same time, if you go into
22 the production folder, it goes through
23 the documents that are in like the
24 account statements folder.
25    A    I'm opening them up.  Okay.  So

Page 17

1          B. Klauseger
2 each of these -- to understand the total
3 value of the account, Exhibit 6 is not a
4 consolidated statement.
5    Q    Okay.
6    A    So we would have to combine
7 each of the three accounts, to get a
8 complete net asset under value.
9    Q    So just take the 7.94, from the
10 Master statement, Exhibit 6 statement?
11    A    Correct.
12    Q    And subtract that number value
13 from the --
14    A    710,000.
15    Q    And that would give you the
16 total amount?
17    A    Correct.
18    Q    Is that total account reflected
19 on any statement anywhere?
20    A    It would be reflected on a
21 consolidate statement.
22    Q    So looking at the production
23 that Interactive produced to us, did they
24 produce any statements like that?
25    A    The production does not appear

5 (Pages 14 - 17)

Page 18

1        B. Klauseger
2  to have a consolidated statement.
3    Q    Do you know if the statement
4  has individual trading on it?
5    A    Can you restate that?
6    Q    The -- if you look at the
7  Master Account statement, which is
8  Exhibit 6, that one has no, like,
9  individual trades broken down --
10   A    Right.
11   Q    -- versus the long and short
12  statements, that 18 and 19.  There are
13  like thousands of pages and they have in
14  the middle of those documents, there is a
15  section called "Trades," and there is
16  actual executed trades, it looks like, on
17  those statements?
18   A    So, yes, the -- a consolidated
19  statement would have -- would consolidate
20  each of the I Broker US and UL accounts,
21  so that trade activity would be displayed
22  on that consolidated statement.
23       MS. TAUBER:  Could I ask that
24     be produced to us because that would
25     make it a lot easier to see all of

Page 19

1        B. Klauseger
2  the trades?
3    Q    And I guess what we have --
4  would that statement include -- basically
5  would that be just the sum of the US
6  trading and the UL trading?
7    A    Correct.
8    Q    It would be just those two
9  documents.
10       Are there any other, like
11  trading reports that are included on
12  those consolidated statements, that we
13  don't have?
14   A    No, it's essentially a
15  combination of all three of these
16  statements together, would be the
17  consolidated statement.
18   Q    Okay.  So I guess going into
19  the UL and US documents a little bit in
20  more detail, I'm just going to open the
21  UL document, so we can look at that one
22  together, which is the Exhibit 18.
23   A    Okay.
24   Q    So for that one, you look at
25  the -- like the headers, the first time I

Page 20

1        B. Klauseger
2  see AWX, which is the Avalon trading
3  symbol mentioned is under a header on
4  page three, that says, "Marked to Market
5  performance summary"?
6    A    Correct.
7    Q    And it says like there is --
8  there is sort of like -- sorry.
9    A    I didn't hear the last part.  I
10  see the AWX in the Marked to Market.
11   Q    Could you explain -- I see that
12  says, "Position, transaction,
13  commissions, total," how is that
14  calculated and what is that telling us
15  about AWX position?
16   A    So Marked to Market performance
17  summary details the performance of the
18  security over the life of the statement
19  or over the period of the statement.
20       So this would be the -- this
21  would cover specifically over the period
22  of 2018.  And it shows that AWX invested
23  essentially -- this customer invested
24  $379,486.35 into AWX and sold the
25  position for $5,990,033.13, paid

Page 21

1        B. Klauseger
2  commissions of $9,290.55, which led to a
3  profit of $5,601,256.23.
4    Q    So when you say that they
5  invested the 379,000 amount, what does it
6  mean that it's negative in that --
7    A    That's how much they paid to
8  open up that position.
9    Q    So what would mean like the
10  next one over, Axon is positive?
11       Do you see that?
12   A    Yes, I do.  I believe it has to
13  do with the accounting of the position to
14  determine if it's a profit or loss.
15   Q    Okay.  So now there is a
16  similar line like this in the US account,
17  if you open that document, which is
18  Exhibit 19.
19   A    Yes.
20   Q    And that one is AWX, that one
21  is on page four -- three, as well
22  actually.
23   A    Okay.
24   Q    So do you see there, there is
25  another like similar information, this

6 (Pages 18 - 21)

1        B. Klauseger
2 one says 410, I guess invested and then
3 the selling price was 16; right,
4 commissions?
5        So in order to get the total
6 number of shares traded in this account,
7 this Master Account, this Omnibus
8 Account, would you just sort of literally
9 add these lines together and then --
10     A    The number of shares?
11     Q    In order to get a full picture
12 of the trading in this doc, in this case
13 it would be under this Marked to Market
14 performance summary header, if you wanted
15 to see the overall Marked to Market
16 performance summary of this doc, would
17 you have to add these columns together,
18 these rows together, meaning the AWX rows
19 on Exhibit 18 and the AWX row on
20 Exhibit 19?
21     A    Would you add it -- yes, I mean
22 to get the P/L, you would add the two
23 together, yes.
24     Q    For each column; right?  Like
25 so that would be the total -- if you

1        B. Klauseger
2 added like the position column in the
3 long and short statements together?
4     A    Yes, it should come out, which
5 would equal the same P/L.
6     Q    On the consolidated statement
7 you were mentioning, would that already
8 be added or would it be in two separate
9 sections?
10     A    Yes, it would net the amounts
11 together.
12     Q    So is it possible for you to
13 confirm -- I mean, maybe we can just get
14 a copy of that consolidated statement,
15 but to confirm that actually does add up,
16 the two numbers added together, would be
17 the number that appeared on the
18 consolidated statement?
19     A    We would have to -- yes, I
20 believe we could run a consolidated
21 statement for the two accounts -- for all
22 three accounts.  Due to the vast amount
23 of trading activity, we might have some
24 difficulty with producing that document,
25 but I wouldn't know until I, you know,

1        B. Klauseger
2 probably reached out to your programmer.
3     Q    So the consolidated statement
4 is not something that's given to the
5 customer; is that right?
6        It's not something that like
7 this --
8     A    Right.  Well, it may be
9 available to the customer.  I'm unsure
10 of -- I know that we can generate a
11 specific statement as a consolidated
12 statement though internally.
13     Q    Okay.  So meaning -- but that
14 could be any two accounts that I would
15 want?  If I'm a customer, I could get --
16 in this case, could you do a consolidated
17 statement between the 3365 account, which
18 is the Master Account or any other
19 accounts?
20     A    No.
21     Q    It has to be the Omnibus?
22     A    Yeah, within the same family of
23 accounts.
24     Q    So then going into the trading
25 section of this -- of these statements,

1        B. Klauseger
2 so if you go to the UL statement and
3 starting on page nine -- sorry, before
4 that, going to the section that's called
5 "Realized and Unrealized performance
6 summary," which is like page 390 of this
7 document?
8     A    You're on Exhibit 19 still?
9     Q    I'm in Exhibit 18.
10        MR. FORD:  Is there a function
11 to skip to that page because it looks
12 like otherwise I can do one page at a
13 time?
14        MS. TAUBER:  I asked about that
15 and they said there wasn't.  That's
16 if you open in your production, it's
17 easier.
18        MR. PROVENCIO:  Are we talking
19 about the short or long account?
20        MS. TAUBER:  The long account
21 first.  I think they're the same
22 format, so I -- we can look at any
23 one of these and I assume it's the
24 same type of information, like we
25 discussed, we just add it altogether.

7 (Pages 22 - 25)

B. Klauseger

Page 26

1    B. Klauseger
2  So we can look at each section of one
3  document, I assume, and then -- I'll
4  ask that and you'll tell me, but I
5  think that would be an example of how
6  it works.
7       MR. PROVENCIO: If you look at
8  the account statements in Adobe, you
9  can pull up the bookmarks and skip to
10  the various sections of the
11  statement.
12      MS. TAUBER: Right.
13  A    You said page 290?
14  Q    Well, I'm on page 390 of the
15  UL, Exhibit 18.
16  A    Okay, I'm there.
17  Q    Do you see there is an AWX line
18  here and it says, like, the realized,
19  Unrealized columns and there is total
20  column?
21  A    Right.
22  Q    So that total column is
23  5,605,496.92, do you see that?
24  A    Yes.
25  Q    So I'm just going to tell

Page 27

1  you -- I'll represent to you on page
2  three we just looked at, where it says
3  "Marked to Market performance summary,"
4  the total there for AWX was not that
5  number. It was close -- so we looked at
6  the --
7  A    Right.
8  Q    So it was close. There are two
9  numbers actually in the other page,
10  Marked to Market, there was like the
11  amount you said the trades brought in,
12  which was a 5.9 number and then there was
13  like some net profit, which was the 5.6
14  number, which I think excludes
15  commissions?
16  A    Uh-huh.
17  Q    And then here, I don't see how
18  these numbers sort of align with the
19  Marked to Market performance summary
20  numbers.
21       Can you explain that a little
22  bit?
23  A    So Marked to Market represents
24  the change in P/L over the period of the

Page 28

1    B. Klauseger
2  statement, versus realized Unrealized
3  detail, the P/L, between the initial
4  purchase price and the ultimate sale
5  price.
6       So Marked to Market can
7  change -- Marked to Market can
8  be different because of -- it all depends on
9  when the customer established their
10  position and it's showing the change in
11  the period's stock price.
12  Q    Okay. So -- and the realized
13  Unrealized, depends on what?
14  A    So realized and Unrealized
15  essentially is when you first purchase
16  the stock, versus when you sell the
17  stock.
18  Q    Okay.
19  A    There is the initial purchase
20  price you made and there is the closing
21  position, which is another price. The
22  difference between there, determines the
23  realized and Unrealized.
24       For example, if you buy
25  something at $10, you sell it at $20, you

Page 29

1    B. Klauseger
2  make $10 in profit. If you buy something
3  at $10 and it's valued at $20, you have
4  an Unrealized profit of $10.
5  Q    Okay. So the Unrealized
6  performance summary includes shares that
7  weren't sold yet, is that what you're
8  saying?
9  A    Correct.
10  Q    Then now going to the trade
11  section there -- okay. So on --
12       MR. FORD: I apologize to
13  interrupt, just to clarify that last
14  answer because I think you said that
15  with respect to the Unrealized, I
16  forget exactly what he said, but the
17  Unrealized in the AWX is all zero, is
18  what I'm looking at.
19       THE WITNESS: Right, which
20  means that he sold -- the customer
21  sold the entire position.
22       MR. FORD: Thank you.
23  Q    Why is it different from the
24  Marked to Market?
25  A    Marked to --

8 (Pages 26 - 29)

Page 30

1        B. Klauseger
2    Q    It's not vastly different, but
3  it is different.
4    A    Because the Marked to Market is
5  this, is that it's showing the P/L of the
6  security at the end of the last sale -- I
7  believe it's the last sale of the review
8  period or the close date.  So let me
9  rephrase this.
10       Marked to Market is going to
11 show the change in P/L of a position
12 based on the close price of that product.
13 So if I, just for example, if I buy stock
14 at 10, sell it at 20, I have a P/L of
15 $10.  But at the end of the day, if it
16 closes at $22, I have a Marked to Market
17 P/L for that day of $12.
18   Q    Okay.  So that -- so I'm still
19 not sure why it would be different in
20 this situation because this is like --
21 this account scheme is up, as of
22 December 31, 2018.
23       So as of that day, he had sold
24 all the shares in his account, based on
25 the Unrealized performance summary; is

Page 31

1        B. Klauseger
2  that right?
3    A    Yes, the trade section will be
4  a better indicator of when he sold it.
5    Q    Let's move to the trade
6  section.  I believe that's more direct UL
7  than anything.  If we go to page 933 of
8  the ULs of Exhibit 18 --
9    A    Okay.
10   Q    -- that's where the AWX trading
11 begins and then it ends at page 999.
12   A    Okay.
13   Q    And so on that page, we have
14 this summary, this line that summarizes
15 total AWX?
16   A    Yes.
17   Q    There you have the realized P/L
18 and the Marked to Market P/L, you can see
19 they're a little bit different; right?
20   A    Right.
21   Q    So -- and then there is the
22 commissions, the proceeds.
23       So which one of these numbers,
24 like the proceeds, the Realized P/L or
25 the Marked to Market P/L, most accurately

Page 32

1        B. Klauseger
2  represents how much money the customer
3  made on these AWX trades?
4    A    It's the Realized section, so
5  $5,605,496.91 is what the customer made.
6    Q    Wait --
7    A    Are you on Exhibit 18?
8    Q    Yes.  The 5,605,496.91; right?
9    A    Yes.
10   Q    So okay, that's the proceeds
11 minus the commissions; is that right?
12   A    Proceeds minus commissions,
13 minus cost.
14   Q    Minus basis?
15   A    Yes.
16   Q    Then where it says quantity, it
17 says 4,396 under the quantity total?
18   A    Yes.
19   Q    Does that mean there is 4,396
20 shares of AWX in his account?
21   A    Let's see.  It means it
22 purchased 4,396 more shares than he sold,
23 as detailed above.
24   Q    So I think I know what happened
25 to those shares and I think if you go

Page 33

1        B. Klauseger
2  into the transfer section of this
3  document.
4    A    Okay.
5    Q    -- there is a transfer of that
6  amount of shares from the -- I think it's
7  the long and short account?
8    A    Do you have a page for that?
9    Q    Yes, hold on.  I have to open
10 it up.  I don't know what happened to
11 that page, one second.
12       So it's going to be on 4,758 of
13 the Exhibit 18.
14       MR. FORD:  4,758?
15       MS. TAUBER:  Yes, page 4,758 of
16 Exhibit 18.
17       MR. FORD:  Danielle, do you see
18 the AWX on that page?
19       MS. TAUBER:  Sorry, it's 4,759,
20 the very next page.
21       MR. FORD:  There it is.  Thank
22 you.
23   Q    So --
24   A    47 -- okay, all right, yes.  I
25 see there are four internal transfers of

9 (Pages 30 - 33)

Page 34

1        B. Klauseger
2 AWX.
3    Q    Right.  I think those add up to
4 the number that we were just looking at,
5 which is the 4,396, the quantity in the
6 trades?
7    A    Uh-huh.
8    Q    So it looks to me that the
9 quantity, that that quantity of shares
10 was transferred from the UL account to
11 the US account?
12    A    Yes.
13    Q    Okay.  So that would explain --
14    A    Why we see the number of shares
15 that's -- that's why we see the higher
16 number of purchase shares, than sold
17 shares, in the trade section.
18    Q    Okay.  And then so in terms of
19 the trades going back to -- I'm sorry to
20 jump to these other pages.
21        Going back to the trading
22 section, if you just talk generally about
23 what these different columns indicate, if
24 you look at, like, for example, page 934
25 of this UL, Exhibit 18 document, which is

Page 35

1        B. Klauseger
2 a random page of AWX trading?
3    A    Yes.
4    Q    So -- okay, so there is this
5 transaction, this code at the end on the
6 last column on the right?
7    A    Yes.
8    Q    So there is like O, P, C, P?
9    A    Yes.
10    Q    And those transaction codes are
11 explained at the end of this document?
12    A    Correct.
13    Q    And so C, I think is a closing
14 trade; right?
15    A    Correct.
16    Q    And then O is an opening trade?
17    A    Correct.
18    Q    I don't know what the P means,
19 off the top of my head.
20    A    P is a partial fill.
21    Q    Okay.  So my question about the
22 partial fill ones, is the number that we
23 see here, as the number of shares that
24 are traded, like for example, if you look
25 at, for example, like the first line on

Page 36

1        B. Klauseger
2 page 935 or -- yeah, 35, where it says --
3 like it says 300 shares, do you see that?
4    A    Yes.
5    Q    So actually go down to the
6 third line, where it says 975 shares.
7    A    Okay.
8    Q    And it says P under code, so if
9 P is a partial fill, is 975 the number of
10 shares that were filled or the number of
11 shares that were ordered?
12    A    It's the number of shares that
13 were filled.
14    Q    Okay.
15    A    So if to explain what the
16 partial fill indicates, is that the
17 customer entered an order for 975 or more
18 shares and it received an execution of
19 975 shares across multiple executions
20 multiple fills at various prices.
21    Q    Can you say the first thing --
22    A    The order is for at least 975
23 shares and it means that the -- that an
24 order came in for at least 975 shares to
25 get executed and received multiple

Page 37

1        B. Klauseger
2 executions.
3        So it may, for instance, it may
4 receive 100 share execution on exchange
5 one and may receive 200 execution on
6 exchange two and then receive 675
7 execution on exchange three, totaling 975
8 shares.  Each of those executions can be
9 executed at various prices, which is the
10 volume weighted average price as shown in
11 the trade price section, which that
12 253,871.79.
13    Q    Okay.  So the next line 2,785,
14 is there anyway to tell if, for example,
15 these two lines combined, were placed as
16 one order for the total number of shares
17 or are these separate orders that were
18 placed?
19    A    These are separate orders.
20    Q    And so if any of these trades
21 were canceled, they would have the
22 cancellation code next to them; is that
23 right, which I think is CA?
24    A    That's correct.
25    Q    Okay.  So now if you go up to

10 (Pages 34 - 37)

Page 38

B. Klauseger

1        B. Klauseger
2  the production, the Interactive
3  production folder, there is a folder
4  called Order Blotters and Trade Blotters,
5  do you see that?
6    A   Yes.
7    Q   Under Order Blotters, there are
8  like four spreadsheets, cancel, cancel,
9  cancel and there is a document called
10  cancel hard coded, PCP?
11    A   Correct.
12    Q   So if you just open, let's say,
13  open the first spreadsheet -- I guess I
14  should introduce it. The thing is, I
15  don't know about introducing a
16  spreadsheet. So maybe we can discuss it
17  without introducing it, if that's okay
18  with everybody?
19        MR. FORD:  Actually, could we
20  introduce it only because I have
21  pulled up what is on the --
22        MS. TAUBER:  I can do it, but
23  it might cause complications because
24  I don't think we can stamp it because
25  it's an Excel sheet and I can't print

Page 39

B. Klauseger

1        B. Klauseger
2  it to PDF in a good way, but I can
3  try to introduce it.
4        MR. FORD:  I'm certainly not
5  trying to make this more difficult.
6        MS. McLAUGHLIN:  We can also
7  e-mail them to you, Adam.
8        MR. FORD:  Why don't we
9  introduce it and mark it and for our
10  purposes, we can just look at --
11        MS. TAUBER:  I don't think I
12  can mark it, is the problem because
13  it's an Excel document.
14        MR. FORD:  You mean, because
15  you --
16        MS. TAUBER:  You can't mark a
17  PDF.
18        MR. FORD:  Can't you just title
19  it the exhibit number.
20        MS. TAUBER:  I'm going to try.
21  I'm going to do it like this. Hold
22  on. Okay, it does work -- unable to
23  preview or scan, hopefully it will
24  work.
25        Does everyone see it?

Page 40

B. Klauseger

1        B. Klauseger
2        MR. FORD:  Yes, it's up.
3        MS. TAUBER:  It says, "Too
4  large to be previewed," for me.
5        MR. FORD:  It wants you to
6  download it.
7    Q   That separate sheet that we can
8  look at together is cancellation -- if
9  you scroll down, you can see there is
10  some AWX information in there?
11    A   Uh-huh, yes, I see that.
12    Q   Does this relate to -- does
13  this document relate only to Mintbroker's
14  cancellations or to any Interactive's
15  customer's cancellations?
16    A   I believe this document was for
17  all cancellations in AWX.
18    Q   Okay.
19    A   Yeah.
20    Q   So if there is no -- like how
21  would you expect -- if any of these were
22  Interactive's cancellations, how would
23  they be reflected on either the UL or US
24  trading reports, like Exhibit 18 and
25  Exhibit 19?

Page 41

B. Klauseger

1        B. Klauseger
2        MR. PROVENCIO:  Can I ask for
3  clarification?  You said if any of
4  these were Interactive's
5  cancellations?
6    Q   So there are four different
7  spreadsheets that Interactive produced,
8  that are these cancellation spreadsheets
9  in that folder.
10        We looked at the Order Blotters
11  folder?
12    A   Correct.
13    Q   So I'm just trying to
14  understand if any of these canceled
15  trades, were trades that we saw listed on
16  the Exhibit 18 and 19, the long account
17  and short account statements?
18        MR. PROVENCIO:  So again, I
19  don't mean to interrupt, but I don't
20  recall seeing any --
21        MS. TAUBER:  Me either, that's
22  my question.
23    Q   If any of the UL or US trades
24  included any of these canceled trades,
25  would they have a CA code?

11 (Pages 38 - 41)

Page 42

B. Klauseger

1
2   A   So any trade that was canceled,
3   would be shown on the statement with a CA
4   code.
5   Q   Okay.  So if you don't see any
6   CA codes on these UL and US statements,
7   does that mean that none of those trades
8   were canceled?
9   A   Correct.
10   Q   So I want to look at a few more
11   documents.  The cancellations, so -- back
12   to the marked exhibits again.
13       Okay.  So do you see this
14   document that I just marked as
15   Exhibit 21?
16   A   Yes, I see it.
17   Q   Okay.  So this is about
18   cancellation of different stocks, not AWX
19   or GBR, which is New Concept?
20   A   Uh-huh.
21   Q   I'm just curious about how --
22   in this e-mail and I'm seeing that --
23   tell me if I'm wrong, but it looks to me
24   that Mr. Gentile had placed certain
25   orders and then Interactive was informed

Page 43

B. Klauseger

1
2   with a CBOE required those orders to be
3   canceled?
4   A   Correct, that's my
5   understanding.
6   Q   So how would those trades be
7   reflected on the statement?  Like, would
8   you see those orders?
9   A   So these aren't trades, these
10   are orders.  Orders are different than
11   trades and orders aren't represented on
12   the statements.  Only trades are
13   represented on the statements.
14   Q   Okay.  So if he placed an order
15   and the order was not filled at all, so I
16   know we just talked about a partially
17   filled order, would it be reflected on
18   the statement?
19   A   If an order was not filled at
20   all, it would not be reflected on the
21   statement.
22   Q   Now, going back to the folder
23   of Order Blotters and Trade Blotters in
24   the Interactive production.
25       If you go into the Trade

Page 44

B. Klauseger

1
2   Blotter -- let me introduce that.  Okay,
3   so Exhibit 22 now is in there and that's
4   the Trade Blotter spreadsheet.
5   A   Okay.
6   Q   So this is all of the New
7   Concept and Avalon trades, in general, or
8   in -- sorry, let me rephrase that.
9       Does this have all the AWX and
10   GBR trades by all Interactive clients or
11   is this specific to -- some of them say
12   Mintbroker?
13   A   Right.  So this is a Trade
14   Blotter that represented all the trading
15   activity in these securities, during the
16   review period, by all customers.
17   Q   And the ones that say
18   Mintbroker, and they have an account
19   number on the column to the left of that?
20   A   Yes.
21   Q   So looking at the first -- I'm
22   looking at a random row, I guess,
23   July 24, 2018, it says account number UL
24   1043811, account title, Mintbroker and it
25   has a quantity of stock purchased and

Page 45

B. Klauseger

1
2   price and a time.
3       So would that correspond to a
4   row like this on the UL statement that we
5   looked at?
6   A   If it's a partial fill, it will
7   not because of the statement is, as I
8   explained before, will show the aggregate
9   and volume weighted average price.
10      The Trade Blotter will show the
11   individual executions that made up that
12   aggregate transaction on the statement.
13   Q   Okay.  But if I added up all of
14   the Mintbroker buys on this Trade Blotter
15   from one date and I took the UL statement
16   and added up all of the same date buys of
17   the same stock, would I get the same
18   number?
19   A   It should be the same number.
20   Q   And the price might be a little
21   different because one is sort of an
22   average?
23   A   Yes, but there will be a volume
24   weighted average price on the statement.
25   Q   On the statement.  So the more

12 (Pages 42 - 45)

Page 94

B. Klauseger

1   B. Klauseger
2   would essentially be liquidated out of
3   their -- I shouldn't say liquidated, but
4   would be bought in on the short position,
5   it would show up as a buy transaction.
6      Q   So if the customer tried to
7   sell and the sale failed to clear, then
8   you would see another buy in that same
9   amount?
10     A   Yes.
11     Q   And in terms of the price that
12  was listed, it would be the same price
13  as --
14     A   No, I'm not exactly sure as to
15  what price would be, but my understanding
16  is it would be the prevailing market
17  price.
18     Q   So how do you tell if you see
19  like two rows of trades and there is the
20  same amount of shares and one is a sale,
21  one is a buy in the short account, how do
22  you tell if that's a fail to clear
23  situation, with then there is another
24  line that shows they're brought back in
25  the account or alternatively, if it's a

Page 95

1   B. Klauseger
2   situation where, just place a buy and a
3   sell, the same amount of shares right
4   away?
5      A   Right. So it would be shown as
6   a buy-in, which is a code we have on the
7   statements, with a column B -- sorry, a
8   code B, that would be an automatic
9   buy-in.
10     Q   I'm looking at the US account.
11  I'm looking at the transaction codes.
12         Basically if I don't see a code
13  B anywhere, then that did not happen?
14     A   Correct.
15     Q   And then I can just assume if
16  it's two trades in the same amount of
17  shares, it's just two different trade
18  orders?
19     A   Correct.
20     Q   Okay. And you said that would
21  only be relevant to the short account,
22  but in the long account, wouldn't that
23  also rise in situation where if
24  Mintbroker tried to purchase shares, but
25  the selling party, Mintbroker's

Page 96

1   B. Klauseger
2   counterparty didn't have the shares,
3   wouldn't that also fail to clear?
4      A   I'm not entirely sure.
5      Q   Okay. So what would -- do you
6   know what happened in that situation I
7   just described, if Mintbroker tried -- I
8   think that is what is meant by, the
9   second line of that affirmative defense
10  paragraph we read, where he says in
11  parentheses, "because the trades were
12  short sales by market makers" --
13     A   So my belief would be that it
14  would be subject to a liquidation, which
15  is another code that we offer -- that's
16  offered in the code section of the trade
17  statement and it will be designated with
18  an L.
19     Q   So again, if -- if in the long
20  account, there is no L coded transaction,
21  then there was no clearing issue?
22     A   Correct. Correct, yes, that's
23  my understanding.
24     Q   Would there ever be a B coded
25  transaction in the long account?

Page 97

1   B. Klauseger
2      A   I am not sure. From my
3   experience, I have not seen -- I have not
4   seen a long position be involved with a
5   buy-in, as the logic just does not make
6   sense. You wouldn't be buying in a long
7   position. You would be liquidating the
8   long position.
9      Q   Okay. And the same with the L,
10  that would only be a long account code?
11     A   You can -- no, the L could be
12  on the US side as well. If you went into
13  a margin violation, you could be
14  liquidated, which we would buy you back
15  in.
16     Q   Wait, can you explain that a
17  little more?
18         Why would I see an L code in
19  the US account?
20     A   The L code would be if there
21  was a margin violation that happened in
22  the account.
23     Q   Like, you went over the margin
24  limit, is that what you mean?
25     A   Right. So -- yes, yes, if you

25 (Pages 94 - 97)

Page 98

B. Klauseger

1  went over the maintenance margin
2  requirement, you didn't have enough cash
3  in your account to support the
4  maintenance margin, then we would have to
5  liquidate your positions, so we could get
6  that cash value.
7     Q    So that would just go with like
8  the last -- how would you determine which
9  positions to liquidate, just whatever the
10 trade --
11    A    It's an automated process that
12 I believe does randomization on it.
13    Q    So is that true for the B codes
14 as well, like, is it random?
15    A    No, the buy-in is specific to
16 the product because there is a failure
17 somewhere along the lines by somebody to
18 deliver the shares.  So it relates to the
19 specific product.
20        The liquidation is associated
21 with the -- is a margin function really,
22 so it's trying to get the account back up
23 to above the maintenance margin
24 requirement.

Page 99

B. Klauseger

1
2     Q    Is there ever a case where you
3  have a high -- we talked initially about
4  how we're going to sell short, you have
5  to borrow the stock?
6     A    Yes.
7     Q    So does that mean there should
8  never be a situation where you have a
9  higher negative balance in your short
10 account, than you have a positive balance
11 in your long account because the
12 assumption is you are borrowing the
13 shares from the long account; is that
14 right?
15    A    No, that's not right.  When
16 you're selling short, you're selling
17 short to market, not necessarily your
18 related account.  So you are looking out
19 there to the market and say, there are a
20 million shares to be shorted in this
21 security and/or to be lent to be borrowed
22 as part of the short position.
23        So there is a locate that gets
24 generated and is disseminated or is
25 available to, you know, the brokers, at

Page 100

B. Klauseger

1
2  any particular point in time.  And if
3  everybody -- if one broker decides to
4  sell short all million shares, but
5  another broker at the time they did their
6  locate, also saw that there was a million
7  shares to be sold short, there would
8  essentially be 2 million shares to be
9  sold short.
10        And that's when the clearing
11 function happens, over the course of a
12 few days and those shares should be
13 delivered or be available as part of this
14 borrowing.  But what will happen is, they
15 say no, all the shares were already
16 borrowed by broker A, therefore, you got
17 to close out your -- the other million
18 shares that were sold short by broker B
19 and it causes a buy-in.
20    Q    So that correspondence we
21 looked at before, about borrowing GBR
22 shares, I forget which exhibit that was.
23 I think it was Exhibit 23?
24    A    Right.
25    Q    So would you -- in the short

Page 101

B. Klauseger

1
2  account, right, we talked about how you
3  would expect the first trade you see to
4  be a sale; right?
5     A    Yes, uh-huh.
6     Q    Does that mean there would be a
7  correspondence similar to that GBR borrow
8  request, for every sale in the short
9  account?
10    A    There would be a --
11    Q    So would you expect that any
12 time that the short account has a
13 negative balance, that a request had
14 been -- had a negative share balance --
15    A    Uh-huh.
16    Q    -- that a request was made to
17 borrow that amount of shares?
18    A    Yes, in some sense of that
19 statement, yes.  I mean, this is a very
20 fast and automated process as well, so I
21 wouldn't -- based on my understanding of
22 this request, is he was attempting to
23 sell short this position and they were
24 getting either rejections, saying there
25 are no shares available, I'm not exactly

26 (Pages 98 - 101)

Page 102

B. Klauseger

1        B. Klauseger
2  sure what the circumstances were around
3  it. So he inquired with us and said,
4  hey, is there anything available for me
5  to short.
6     Q     So before he would have written
7  that correspondence, he would have tried
8  to do it some other automated way?
9     A     That's my understanding of how
10  it would work. So with respect to your
11  request, it's not like everybody goes and
12  says, hey, how many shares are available
13  to be shorted at this point in time,
14  because that would just slow things down
15  significantly, in an extremely fast
16  market.
17        So there is an automated locate
18  process that happens and at this point in
19  time, there are this many shares to be
20  sold short. And if whatever reason
21  surrounding this, he was not able to sell
22  short because maybe the available short
23  positions were absorbed already by other
24  market participants, he inquired about it
25  and to see if there was any other way to

Page 103

1        B. Klauseger
2  open up a short position.
3     Q     Got it. But so -- I think
4  before I had said, if there is no
5  borrowing section on this statement, does
6  that mean that none of these were short
7  sales; right, you were looking at the
8  short account statement and you said that
9  all of the sales in this account are
10  short sales.
11        So then I said, why isn't there
12  a borrowing section and I thought you
13  said, it's because the shares may have
14  been taken from the long account. He
15  might have had the shares transferred
16  over from the long account.
17        Am I wrong about that?
18     A     Yes, I think there is some
19  confusion there. I believe we have a
20  program where people can borrow or lend
21  shares. There is a thing called hard to
22  borrow, where you pay more money to
23  borrow these shares and that shows up in
24  this section. And there is a specific
25  list called hard to borrow.

Page 104

1        B. Klauseger
2        In addition to that, there is
3  also the shares lent, where you have all
4  these shares on the long side and you can
5  have those shares borrowed by other
6  purchasers or customers, et cetera.
7        So when you -- in my daily
8  course of my job, I see these sections
9  every time or frequently. And I think
10  I've confused it with just your question
11  of, are these shares being borrowed and
12  I'm looking for specific borrowed section
13  on the statements, versus just somebody
14  opening up a short position, it's just
15  going to show up in the trade section.
16     Q     And there wouldn't be a
17  borrowed indication?
18     A     Right. So terminology-wise,
19  it's not going to show up in a borrowed
20  section. It's just going to show up as a
21  short position.
22     Q     So any time there is a sale in
23  this short account, it's on this list of
24  trades in the short account statement,
25  does that mean it was successful?

Page 105

1        B. Klauseger
2        In other words, that the shares
3  were located to be borrowed and then sold
4  short?
5     A     Yes, yes. So it was -- the
6  process that was done to say that shares
7  can be sold at this point and the
8  transaction went through.
9     Q     Okay. And that would
10  necessarily be the case for every sale in
11  the short account; right?
12     A     Right, otherwise the
13  transaction wouldn't have happened.
14     Q     Or would have been in the long
15  account?
16     A     The sale of the short?
17     Q     It wasn't a borrowed sale. It
18  was a regular sale, it would be in the
19  long account statement; correct?
20     A     Correct, yes, correct.
21     Q     And then back to the answer
22  document, Exhibit 9, just to finish that
23  up, so I think we said that any of the
24  trades failed to clear, they would have
25  either a B or L transaction code next to

27 (Pages 102 - 105)

B. Klauseger
1
2 them?
3    A    Uh-huh.
4    Q    And if it's long or short?
5    A    Yes, that's my understanding.
6    Q    And if it was -- if the failure
7 was on the counterparty's side, like this
8 answer on the line that's on the last
9 page of Exhibit 9, where it says, "the
10 trades were naked short sales made by
11 market makers, they had not borrowed
12 shares, if it was a purchase in the long
13 account, but the counterparty was trying
14 to sell short to a broker --
15    A    Uh-huh.
16    Q    -- how would that trade be
17 reflected?
18         Would it be reflected at all,
19 would it then be followed with a B or an
20 L code trade or what would you expect to
21 see?
22    A    So this is a transaction where
23 the counterparty failed.  I believe that
24 the customer would still maintain an
25 opening position on the long side.

B. Klauseger
1
2    Q    So it would look just like a
3 regular trade --
4    A    Yes, yes, it would.
5    Q    So then how does the customer
6 then learn that they don't have the
7 shares or what happens?
8    A    So I think it would be the
9 obligation of the market maker to remedy
10 the situation, but I'm not exactly sure
11 around the exact process.  If it's not on
12 our side, I would think that the market
13 maker on the contra side of the
14 transaction would have to make sure that
15 the long position was made full, you
16 know, was made whole.
17    Q    Okay.  And in terms of like the
18 net P/L or the income that's brought in
19 by the sale or purchase, if it's a
20 counterparty failure, would -- let's say,
21 it's a purchase and the counterparty
22 fails to sell and you see a line on the
23 long account that has a purchase and it
24 says, you know, basis or whatever the
25 price was that it paid for the shares,

B. Klauseger
1
2 does that money still get debited from
3 the account, from the long account, even
4 if the shares are not delivered?
5    A    So are you referring to a
6 canceled trade?
7    Q    No.  I mean -- well, I don't
8 know.  I guess it could be called a
9 canceled trade because it would be the
10 other side that's failing in this
11 situation?
12    A    Right.  If there is a canceled
13 trade, then it would be -- there would be
14 no accounting of profit and loss.  But if
15 there was a liquidation, there would be
16 an accounting for profit and loss with a
17 change in price.  And if it was just a
18 sale of the position, which is
19 essentially similar to a liquidation,
20 just not directed by IB, then that would
21 be -- the difference in price would be
22 the P/L and that would be reflected on
23 the statements.
24        MR. PROVENCIO:  Can I just --
25    are you talking about canceled trade

B. Klauseger
1
2 as executed then canceled or are you
3    talking about canceled order?  Is the
4    question about canceled trade or
5    canceled order?
6        MS. TAUBER:  I'm actually
7    asking about, like there is no
8    cancellation at all from the
9    customer's end, it's more that the
10    customer wants to make the trade, it
11    never wants to cancel it, but the
12    other side doesn't have the stock to
13    sell.  Mintbroker buys 100 shares and
14    that costs him $100, let's say.
15    A    In that sense, we wouldn't see
16 the other piece outside of the customer
17 transaction, if the market maker that has
18 to be on the opposite side of the failed,
19 it should not effect or it would not be
20 displayed or really I do not believe it
21 should effect the customer still.
22    Q    But is the customer still
23 debiting that $100, it would be taken out
24 of the customer's account to pay for the
25 sell?

28 (Pages 106 - 109)

Page 142

1  B. Klauseger
2  the account documents how the voting
3  rights were to be exercised.  If you
4  want to vote the shares, tell us by a
5  certain date.  I'm thinking
6  boilerplate language, that exists in
7  an account opening document.
8      MR. PROVENCIO:  You would have
9  gotten all the disclosures and
10  account agreement itself that would
11  discuss voting, if there was any sort
12  of disclosure that we make.
13      And to the extent there is a
14  proxy, the only way I think
15  Interactive Broker gets the proxy, is
16  because we are custodian.  But we
17  then distribute all that or direct
18  people through sort of communication,
19  that they have a proxy rights or
20  whatever.
21      But we don't make up the proxy
22  rights and we don't have some sort of
23  additional disclosure agreement and
24  that's our disclosure obligation.
25  We're not the ones making the

Page 143

1  B. Klauseger
2  disclosure, it's the issuer.
3      MS. TAUBER:  Okay.  So if there
4  is no policy, I see the documents, I
5  can assume like standard voting rules
6  apply to the shares.  There is no
7  other agreement that the customer
8  signs about voting.
9      MR. FORD:  Objection.  I think
10  you are just saying something.
11      MS. TAUBER:  Because before we
12  talked how the customers have the
13  right to vote the shares in their
14  long account, but in the short
15  account, they don't.  So I was
16  wondering if transfer of the shares
17  from the long to short account, also
18  transfers the voting rights
19  associated with those shares.
20      MR. FORD:  I don't know if the
21  witness can be able testify to those
22  questions.  If the witness is, then I
23  stand corrected.  But it sounds to me
24  like the witness has said he's not
25  able to testify to that.

Page 144

1  B. Klauseger
2      THE WITNESS:  Right, as I
3  stated before, I'm not -- that might
4  be a corporate asset function and I'm
5  not sure how to answer that question.
6      MS. TAUBER:  Maybe I'll just
7  send up a follow-up request, if I
8  think it's necessary.
9      MR. PROVENCIO:  Okay.
10      MR. FORD:  Is that it for you?
11      MS. TAUBER:  Yes.
12      MR. FORD:  Thank you.
13  EXAMINATION BY
14  MR. FORD:
15  Q   My name is Adam Ford.  I'm with
16  my colleague, Danielle McLaughlin and we
17  represent Guy Gentile in this matter.
18      In addition to sort of the
19  standard sort of questioning rules, I'm
20  going to be asking you some questions
21  today and obviously at any point time you
22  don't understand question, tell me.  But
23  I'm not certain what the extent of your
24  knowledge is, so I may ask you a question
25  that's beyond your sort of competency for

Page 145

1  B. Klauseger
2  your job that you're here for.  I'm not
3  asking you to guess or stretch.  So let
4  me know and don't be afraid to tell me if
5  it's beyond what your knowledge base is.
6  A   Okay.
7  Q   So I just want to focus on the
8  issue we just raised and what you
9  testified about this morning, this
10  question of locating shorts and how
11  counterparties, what their
12  responsibilities are, that's sort of the
13  general topic.
14      First, to be clear, with
15  respect to Mint Traders, their trades in
16  AWX and GBR, that we have been talking
17  about, Interactive Brokers is not taking
18  the opposite side of any of those trades;
19  right, you're not covering or taking a
20  position of those trades; correct?
21  A   Yeah, we don't, as a propriety
22  firm, just propriety basis, it's not us,
23  we do not.
24  Q   So when Mintbroker sends a
25  trade order for 100 shares of AWX, they

37 (Pages 142 - 145)

Page 146

1        B. Klauseger
2 want to buy?
3    A   Uh-huh.
4    Q   Could you explain to me what
5 Interactive broker does with that order?
6    A   Yeah.  So customer will submit
7 their order through the trader
8 workstation system and we'll route it to
9 the exchanges, fast activation basis, via
10 Smart Routing System and they will get --
11 they will analyze the market, find the
12 best exchange and route the order to that
13 exchange for execution.
14    Q   When you say exchange, just so
15 I'm clear, are you talking about sending
16 it to, like to a sort of New York Stock
17 Exchange, an actual sort of exchange?
18    A   Yes, some type of Stock
19 Exchange.
20    Q   So is that -- don't they also
21 sometimes go to another broker dealer --
22    A   They can go to -- well, the
23 broker dealer can be on the counterparty,
24 if directed as a market commissioner.  If
25 that's what your question is.

Page 147

1        B. Klauseger
2    Q   Yeah, I think it might be.  For
3 example, when we see on the list that
4 some of the AWX orders are sent to Arca,
5 Arca is not an exchange; correct, or is
6 Arca an exchange?
7    A   I'm not sure if it's exchange
8 or an ECM.  I do not believe it's a dark
9 hole.
10    Q   But the counterparty, so there
11 is a counterparty to each of the orders;
12 correct?
13    A   Uh-huh, yes.
14    Q   And do you or does IB have any
15 idea who those counterparties are, who
16 the counterparty is to the order?
17    A   The only time they would
18 ever -- the answer to your question is
19 yes and no, it depends.
20    Q   Okay.
21    A   If the trade is executed
22 against a non-IB customer, then no, we
23 would not know the counterparty to that
24 trade.
25        If it's executed against an IB

Page 148

1        B. Klauseger
2 customer, we would have that information
3 and, therefore, we would know the
4 counterparty to that trade.
5    Q   So if that's the case, with
6 respect to a counterparty that's not an
7 IB customer, so it's outside the IB
8 system, do you have any idea whether that
9 party actually owns any of the shares
10 that they're agreeing to sell?  I'll stop
11 there.
12        Do you know if that
13 counterparty owns the actual shares to
14 sell to fill --
15    A   No, since we're not privy to
16 their account information, we do not know
17 if they own or what the position is prior
18 to the transaction.
19    Q   With respect to also -- this
20 question is also about outside IB, non-IB
21 customers, do you have any idea whether
22 those parties have actually located any
23 shares before agreeing to take the other
24 side of the order, before agreeing to
25 sell them to fill that order?

Page 149

1        B. Klauseger
2    A   No, we don't know.
3    Q   Now, with respect to the IB
4 customers, is it the case that you do
5 know whether that counterparty would
6 actually have those shares in its
7 possession, to fill the order?
8    A   Well, we would do -- assuming
9 they're making a short sale and they're
10 not closing out a long position?
11    Q   I'll ask about either.
12    A   Okay.  So if they are closing
13 out a long position, we -- obviously we
14 don't have to do a locate of the short
15 shares.  But as part of our process for
16 opening short positions is to query the
17 short share or, you know, shares
18 available to be shorted, position for
19 pots.
20    Q   Now, can we tell from the IB
21 documents that you've produced, which of
22 the Mintbroker orders for the purchase of
23 AWX and New Concept, GBR, whether which
24 of those orders were filled with IB
25 customer accounts?

38 (Pages 146 - 149)

Page 150

1        B. Klauseger
2    A    That information is not readily
3  available.  It would have to be analyzed
4  on a broader basis.  Based on the
5  statements, no, it's not -- I'm not able
6  to tell if any of the trades were against
7  another IB customer.
8    Q    So now with respect to the IB
9  customer, now you said if an IB customer
10  wants to short a position, short an AWX
11  share, that under IB rules, internal
12  rules, you would require that person --
13  you would require -- who does the locate,
14  the customer or IB?
15    A    I believe IB would do it as
16  part of a system process.  And I'm not
17  sure exactly how that all works because
18  it's likely automated.
19    Q    IB, now you talked about this
20  shares available to short pot?
21    A    Yes.
22    Q    What exactly is that?  Is that
23  sort of one -- I'll stop, could you
24  explain what that is?
25    A    It's just my understanding on a

Page 151

1        B. Klauseger
2  very basic level, that this locate, this
3  process gets done, we identify and I'm
4  not sure exactly how it works, you know,
5  the intricacies of it, but we identify
6  there is this pot of shares available to
7  be shorted in the market and you can
8  essentially allow your customers to make
9  those short sales, based on the knowledge
10  of that, the size of that pot of shares.
11    Q    Do you know whether when shares
12  are actually shorted, right, from -- are
13  sort of located from the shares available
14  to share pot -- short pot, do all of the
15  other broker dealers, you know, are they
16  notified that the number of shares has
17  now been reduced by the number of shorts
18  that have gone out?
19    A    So, no, my understanding is
20  that it's not a reduced number of shares
21  to be shorted.
22    Q    And this goes to what you had
23  testified earlier today, which is to say,
24  that if this is just an example, if there
25  is a million shares in this pot, right,

Page 152

1        B. Klauseger
2  you could have six broker dealers look at
3  these million shares and say, okay, I
4  can, you know, I got a million shares
5  that my customers can short --
6    A    Uh-huh.
7    Q    -- and if all six of them do
8  that, there is 1 million actual shares in
9  existence and yet there would be 6
10  million shorts of that share; is that
11  correct?
12    A    That is my understanding, yes.
13    Q    And in fact, with respect to
14  AWX and you'll tell me if you know or you
15  don't know, the number of shares that
16  were being shorted, was far in excess of
17  the amount of shares that were available
18  on the market, do you know that one way
19  or the other?
20    A    I don't know the answer to
21  that.
22    Q    That's fine, but with -- but
23  you certainly -- you understand that it's
24  possible for there to be more shorts than
25  there are actual shares; correct?

Page 153

1        B. Klauseger
2    A    Correct, which is, hence, the
3  fail to delivers.
4    Q    Right.  And this is not just a
5  theoretical possibility, but is it fair
6  to say, that this happens on occasion or
7  with some frequency?
8    A    I would say it happens on --
9  yes, I would say that's accurate, on
10  occasion or with some frequency.
11    Q    And so we know that -- we'll go
12  back to the example of the 1 million
13  shares that are available to be shorted
14  and there are 6 million shorts, it's true
15  that a trade -- I'll period that and
16  start a separate question.
17        It's true that when someone
18  puts in an order for a trade, that fills,
19  that these trades are on T minus three,
20  meaning --
21    A    Yes.
22    Q    -- the counterparty would have
23  three days to come up with the share; is
24  that correct, with the actual share; is
25  that correct, to deliver?

39 (Pages 150 - 153)

B. Klauseger
1
2    A    Yeah, I think T minus three.  I
3  believe there was an update to T minus
4  two though.
5    Q    Okay, so two minus two.
6    A    At the time the trades
7  happened, I believe it was T minus three.
8    Q    I think it was.
9    A    T plus three, not minus three.
10    Q    T plus, yes, you have the three
11  days.
12          Now, you had testified that if
13  you have a situation where a customer has
14  purchased shares, put in -- not purchased
15  shares, put in an order to be filled,
16  right, Interactive Broker agrees to fill
17  that order when there is a counterparty
18  that has agreed to take the other side of
19  that order; is that correct?  Does that
20  make sense?
21    A    It's not -- I mean, we reroute
22  it to the exchange to get filled.
23    Q    So a customer puts in their
24  order and Interactive Broker routes it to
25  the exchange and then it's filled on the

B. Klauseger
1
2  exchange?
3    A    Uh-huh.
4    Q    And it's filled by a
5  counterparty?
6    A    Correct.
7    Q    And as you testified before, if
8  it's outside IB, you don't know whether
9  that counterparty actually owns the share
10  or not; is that correct?
11    A    Correct.
12    Q    Now, if what we just talked
13  about, that happens occasionally or with
14  some frequency, that there are more
15  shares that have been shorted than actual
16  shares in existence, if the trade -- if
17  the order gets to that T plus three and
18  the counterparty does not have the share,
19  you testified that -- let me just ask,
20  can you explain to me again what happens
21  if the counterparty simply does not have
22  the share and cannot locate it?
23    A    On the short sale side, they
24  are bought in.  It's called a buy-in.
25  They are bought in, I believe it's the

B. Klauseger
1
2  day after, T plus four.
3    Q    Now, what does that mean,
4  bought in?
5    A    So that would mean that we
6  essentially -- IB is obligated to close
7  out that short sale position that can't
8  be as failed to deliver and so what we do
9  is, we acquire the long position, to
10  close out against the short position.
11    Q    But -- and you would do that,
12  without regard to the possession of any
13  shares; is that correct?
14    A    Can you say that again, what do
15  you mean by that?
16    Q    Absolutely, sorry about that.
17  What I'm saying, if you have -- if the
18  counterparty just doesn't have the
19  shares, they're not in their position and
20  they don't exist, they don't exist to the
21  extent that you got 1 million actual
22  shares and 6 million and people -- you
23  have six people, each who sold short a
24  million shares, there are only a million
25  shares; right?

B. Klauseger
1
2    A    Uh-huh.
3    Q    That means with respect to 5
4  million of those sort of shares or short
5  sales, there just are not shares to
6  deliver; right?
7    A    Yes.
8    Q    So when IB closes that position
9  out, it's not because they have a million
10  shares, they're just making -- is it a
11  fair statement that they're just making a
12  book entry, in terms of the value of what
13  the share would be?
14    A    Just a book entry?
15    Q    You can use your words, but I'm
16  trying to get at the point that you're at
17  that point, you're not dealing with the
18  actual shares, you're dealing with just a
19  proxy for the shares?
20    A    So, right, when we do a buy-in
21  because the short sale is going to be
22  closed out, how do we do that, yes, it's
23  a book entry accounting function, but
24  there are shares that need to be bought
25  back in, which is part of the buy-in

40 (Pages 154 - 157)

Page 158

B. Klauseger

1 process and needs to be done, I believe
2
3 on the following trade date, after the T
4 plus three, after the fail to deliver
5 happens. And that's how we determine a
6 price at which those buy-ins happen at.
7  Q   I'm not certain I understood
8 that. You didn't just -- did you just
9 say that there are -- that there are
10 actual shares that need to be purchased?
11  A   If 5 million are sold short and
12 there is a fail to deliver, there needs
13 to be shares to be bought back in to
14 close out that 5 million shares. There
15 should be 5 million shares available on
16 the following day, because the clearing
17 process.
18  Q   If the shares available to
19 short pot, only ever had 1 million actual
20 shares in it --
21  A   Right, but that changes every
22 day, I guess is what needs to be --
23  Q   Okay. Let's pull this right to
24 AWX.
25  A   Okay.

Page 159

B. Klauseger

2  Q   And in relatively rough
3 numbers, AWX had a total of 3 million
4 shares that were available to be traded?
5  A   Yes.
6  Q   Okay?
7  A   Okay.
8  Q   At one point, Mintbroker owned
9 1.9 million or put in, I'm sorry,
10 Mintbroker placed orders to purchase
11 1.9 million of those shares; okay?
12  A   Okay.
13  Q   The total trade volume on, I
14 think it was July 5th, was 12 million
15 shares.
16  A   Okay.
17  Q   I'm making these
18 representations to you in rough numbers.
19     That would mean that, if I'm
20 correct on my math, that would mean that
21 there were -- that effectively 1 million
22 shares were being used as sort of -- were
23 in the pot, right, to buy and sell 12
24 million shares, did I do that right?
25     MR. PROVENCIO: Let me

Page 160

B. Klauseger

1 interject here. I appreciate that
2 you are trying to give an express
3 example, but I think the
4 simplification of it is obscuring the
5 issue that Brad testified, that
6 parties can put up shares to be lent
7 out. So not every share, you know,
8 that is not held by -- every share
9 that is sort of on the open market,
10 is necessarily a share that can be
11 lent out.
12    B, you're talking about things
13 in sort of a vacuum, where every
14 order goes in, whether it's a long or
15 a short, at a price. And so there
16 might only -- when you look on the --
17 look in the pot, the system, I can't
18 remember what it's called, when you
19 look in there to see how many shares
20 are available to be borrowed, it's at
21 a given price. I don't mean to
22 testify.
23    MR. FORD: Please, it's okay.
24    MR. PROVENCIO: I want to

Page 161

B. Klauseger

1 clarify, so the question will be more
2 precise. When I put in a price -- I
3 want to borrow shares at 100 because
4 I think it's going to go down from
5 100, I don't necessarily want to
6 borrow shares at some lower or higher
7 price, so there might only be 100 or
8 10 shares at that level; right?
9    When there is a buy-in then,
10 there is a failure to deliver, there
11 was a buy-in, you were buying in at
12 whatever price there is; right? And
13 that's where the distinction is.
14 It's not that all of a sudden
15 miraculously these shares are
16 available. It's that there are
17 shares available, but just at a
18 crappy price.
19    MR. FORD: I actually do
20 appreciate that and Carlos, I'm just
21 going to direct the question back to
22 Brad, but if you feel you need to
23 jump in again, please do.
24  Q   I guess what I'm trying to get

41 (Pages 158 - 161)

Page 162
B. Klauseger
1
2 at because with what I understand, Brad,
3 tell me if I'm correct, what I understand
4 what Carlos just explained, is that there
5 is the amount of shares in the float,
6 right, does not necessarily equal the
7 amount of shares available to short; is
8 that correct?
9    A    That's correct, yes.
10    Q    And in fact what that means,
11 the shares available to short, is
12 necessarily less than, in those cases
13 would be less than the shares in the
14 float?
15    A    Yes.
16    Q    But to go back to our example,
17 where if you have 5 million shares
18 shorted --
19    A    Uh-huh.
20    Q    -- across brokers, but there
21 are only actually 1 million shares, not
22 all of those shares can be obtained and
23 can be available for delivery, only 1
24 million of them can be --
25    A    That's correct, yes.

Page 163
B. Klauseger
1
2    Q    I think that might be it on
3 that point.  Let me switch topics.
4        You had testified earlier with
5 respect to why Mr. -- why the Mintbroker
6 international account was closed?
7    A    Uh-huh.
8    Q    You had said there was another
9 compliance review?
10    A    Yes.
11    Q    Was that compliance review
12 initiated by any complaint, either
13 customer or outside party complaint?
14    A    I don't recall.
15    Q    And you had mentioned that the
16 determination to close the account, was
17 based on public domain information.
18        Do you know what public domain
19 information was --
20    A    Yes, from what I remember,
21 there was allegations out there that he
22 was being investigated by federal
23 agencies.
24    Q    Was the complaint filed in
25 these cases, part of that review and

Page 164
B. Klauseger
1
2 contribute to the decision to close the
3 account?
4    A    I can't recall if that was
5 identified in the compliance review or
6 not.  It may have, but it -- I'm not
7 certain one way or the other if it was
8 identified.
9    Q    Would that be -- would that
10 information be identified in the
11 compliance review?
12    A    Whether or not it was --
13 whether or not this complaint was part of
14 that, yes, it would be identified.  It
15 would likely be identified if it was part
16 of the reason, yes.
17        MR. FORD:  I think I just need
18    two minutes for Danielle and I to
19    discuss off line and then we're
20    likely done, but for maybe a couple
21    of follow-up questions.
22        [At this time, a short recess
23    was taken.]
24        MR. FORD:  I did hear you at
25    the end, that you had some follow-up.

Page 165
B. Klauseger
1
2 I have a couple more questions, then
3    you can ask your follow-up.
4 BY MR. FORD:
5    Q    Very quickly, to go back to
6 sort of basics on orders and what happens
7 once an order is placed and filled.
8        The concept with the T plus
9 three, am I correct that that means that
10 when Mintbroker places an order for AWX
11 shares to purchase, when that order is
12 filled, at that time, the shares of AWX
13 are not transferred to Mintbroker
14 immediately upon the filling of that
15 order; is that correct?
16    A    So the account will show that
17 it purchased the shares as of that date,
18 but it will be accounting behind it
19 declaring settlement of the position and,
20 you know, the funds behind the position
21 and transference of the shares, that
22 happens on the T plus three.
23    Q    So is it fair then to say that
24 if Mintbroker places an order for 100
25 shares of AWX on day one and then sells

42 (Pages 162 - 165)

Page 166

```
1          B. Klauseger
2  100 shares of AWX on day two, that at no
3  point did any actual shares come into
4  Mintbroker's possession?
5      A    No, that's incorrect.
6      Q    I thought you just testified
7  that the shares do not come into -- the
8  shares will not transfer until the T plus
9  three?
10     A    That's an accounting function
11 essentially, but on day two, it's T plus
12 three, so you're closing the position one
13 day after -- the accounting piece of it
14 happens one day after as well. So I'm
15 trying to think of the best way to put
16 this.
17     So if you buy the shares, you
18 sell -- you buy the shares on day one and
19 sell the shares on the day two, they're
20 going to clear on Thursday, the sell is
21 going to clear on Friday.
22     Q    I'm not sure I understood that.
23 I understood that the transfer of the
24 shares takes place on T plus three?
25     A    So I guess it's -- it's the
```

Page 167

```
1          B. Klauseger
2  clearing function of the -- on T plus --
3  on the trade date, you make the trade and
4  on that, you are taking possession of
5  those shares, but there is a clearing
6  function, clearing settlement function,
7  that acts as an accounting function that
8  happens on T plus three.
9      Q    But if that is -- if that's the
10 case, then when we go back to our prior
11 example of there being --
12     A    I also want to be clear,
13 it's -- I mean, I guess it's coming down
14 to technicality of the sole process and
15 I'm trying to clarify my description of
16 it.
17     Q    Maybe I can help you, not to
18 cut you off, but maybe I can ask it this
19 way: When a customer places an order to
20 be filled for shares in IB --
21     A    Uh-huh.
22     Q    -- at the moment that that
23 order is filled, isn't it fair to say
24 that IB has not placed any shares into
25 that customer's account?
```

Page 168

```
1          B. Klauseger
2      A    Because of the clearing aspect,
3  yes.
4      Q    And -- right, because the
5  shares don't actually -- by the clearing
6  aspect of it, you mean because the shares
7  do not actually clear until T plus three?
8      A    Yes, yeah.
9          MR. FORD:  Danielle, do we have
10 anything further?
11         MS. McLAUGHLIN:  No, I don't
12 believe so.
13         MR. FORD:  Okay, I think that's
14 all that we have, unless there is
15 something on redirect.  Thank you.
16         MS. TAUBER:  I have one
17 question about that and unfortunately
18 it goes back to the voting again.
19 FURTHER EXAMINATION BY
20 MS. TAUBER:
21     Q    In the example that Adam just
22 gave of, you buy the shares on day one
23 and the order is filled, on day two,
24 before the clearing process is complete,
25 can the customer vote the stock, do you
```

Page 169

```
1          B. Klauseger
2  know?
3      Do you know if they have the
4  record, if they are the record owner?
5          MR. PROVENCIO:  Let me just
6  interject that to the extent that
7  that is asking for a legal
8  conclusion, Brad is not a lawyer and
9  as a lawyer, I'm not sure I know the
10 answer, but let's see what he knows.
11         MR. FORD:  I would second that
12 objection.  That's right.
13     A    I don't.  I can't answer that
14 with a certainty.
15     Q    I thought you had mentioned
16 before something about assigning the
17 shares, when we discussed that about the
18 assignment, if the shares are assigned to
19 the account, in a situation where, for
20 example, the person sells short, hasn't
21 been found --
22     A    Are you talking about the
23 buy-in?
24     Q    Yeah, I think so.  And I think
25 you had mentioned that the voting would
```

43 (Pages 166 - 169)

Page 170

1        B. Klauseger
2 get sorted out with the assignment
3 somehow, maybe that was separate from the
4 clearing process, but I don't know if
5 that was in the clearing process?
6    A    I think that had to do with the
7 transfer, the transfer positions; is that
8 right?
9    Q    Yeah, sure.  I'm not sure if
10 that's the context in which we discussed
11 this, but --
12    A    So I just want to make sure
13 that I'm referencing the right question
14 that you discussed previously.
15        So you said the assignment, I'm
16 trying to determine what you mean by
17 that.
18    Q    Remember I had asked you, has
19 it ever happened before that a customer
20 has tried to vote shares before they were
21 actually assigned to their account?
22    A    Right, and I said I could not
23 answer that question because I was
24 uncertain about it.  And I think I would
25 have to discuss it with Corporate Actions

Page 171

1        B. Klauseger
2 Department, to see if they have voting
3 rights at that time.
4    Q    Would that department also know
5 if they had voting rights on this day two
6 period, between order fulfilment and
7 clearing?
8    A    They may.
9        MS. TAUBER:  I have nothing
10    further.  Thank you.
11        MR. FORD:  Danielle, anything
12    further?
13        MS. McLAUGHLIN:  Nothing
14    further.
15        MR. FORD:  We're good.  Thank
16    you, Brad and Carlos and Jennifer,
17    most importantly.  Thank you, Miriam.
18        THE COURT REPORTER:  Do you
19    want a copy of this transcript?
20        MS. McLAUGHLIN:  Yes, please.
21        (Time noted:  3:21 p.m.)
22
23
24
25

Page 172

1
2        A C K N O W L E D G M E N T
3 STATE OF NEW YORK)
4                  )ss:
5 COUNTY OF        )
6
7    I, BRAD KLAUSEGER, hereby certify that
8 I have read the foregoing record of my
9 testimony taken at the time and place
10 noted in the heading hereof and I do
11 hereby acknowledge it to be a true and
12 correct transcript of same.
13
14    _____
15        BRAD KLAUSEGER
16
17 Subscribed and sworn to before me
18 this    day of        , 20__.
19
20
21        NOTARY PUBLIC
22
23
24
25

Page 173

1
2    EXAMINATION BY            PAGE
3        MS. TAUBER       5
4                    168
5        MR. FORD         144
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25