# EXHIBIT G

CONFIDENTIAL

MINT-GBR000001

CONFIDENTIAL

MINT-GBR000002

PLAINTIFF
EXHIBIT 3
DATE 2·24·20 RPTR DW
DALCO REPORTING

CONFIDENTIAL

MINT-GBR000003

CONFIDENTIAL

MINT-GBR000004

CONFIDENTIAL

MINT-GBR000005

CONFIDENTIAL

MINT-GBR000006

CONFIDENTIAL

MINT-GBR000007

CONFIDENTIAL

MINT-GBR000008

MINT-GBR000009

MINT-GBR000010

MINT-GBR000011

MINT-GBR000012

CONFIDENTIAL

MINT-GBR000013

CONFIDENTIAL

MINT-GBR000014

CONFIDENTIAL

MINT-GBR000015

CONFIDENTIAL

MINT-GBR000016

CONFIDENTIAL
MINT-GBR000017

CONFIDENTIAL
MINT-GBR000018

CONFIDENTIAL
MINT-GBR000019

CONFIDENTIAL
MINT-GBR000020

CONFIDENTIAL

MINT-GBR000021

CONFIDENTIAL

MINT-GBR000022

CONFIDENTIAL

MINT-GBR000023

CONFIDENTIAL

MINT-GBR000024

MINT-GBR000029
CONFIDENTIAL

MINT-GBR000027
CONFIDENTIAL

MINT-GBR000026
CONFIDENTIAL

MINT-GBR000025
CONFIDENTIAL

MINT-GBR0000002                                    CONFIDENTIAL

CONFIDENTIAL                                    MINT-GBR0000001

MINT-GBR0000000                                    CONFIDENTIAL

CONFIDENTIAL                                    MINT-GBR0000009

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL
MINT-GBR000037

CONFIDENTIAL
MINT-GBR000038

CONFIDENTIAL
MINT-GBR000039

CONFIDENTIAL
MINT-GBR000040

CONFIDENTIAL

MINT-GBR000045

CONFIDENTIAL

MINT-GBR000046

CONFIDENTIAL

MINT-GBR000047

CONFIDENTIAL

MINT-GBR000048

CONFIDENTIAL
MINT-GBR000049

CONFIDENTIAL
MINT-GBR000050

CONFIDENTIAL
MINT-GBR000051

CONFIDENTIAL
MINT-GBR000052

MINT-GBR0000066

CONFIDENTIAL

MINT-GBR0000064

CONFIDENTIAL

MINT-GBR0000065

CONFIDENTIAL

MINT-GBR0000063

CONFIDENTIAL

MINT-GSR000069

CONFIDENTIAL

MINT-GSR000069

CONFIDENTIAL

MINT-GSR000068

CONFIDENTIAL

MINT-GSR000057

CONFIDENTIAL

MINT-GBR000064

CONFIDENTIAL

MINT-GBR000063

CONFIDENTIAL

MINT-GBR000062

CONFIDENTIAL

MINT-GBR000061

CONFIDENTIAL

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:21 | DRCTEDGE | -100 | 4.61 | 461 | -0.4379665 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:21 | DRCTEDGE | -100 | 4.61 | 461 | -0.4379665 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:21 | DRCTEDGE | -100 | 4.61 | 461 | -0.4379665 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:21 | DRCTEDGE | -100 | 4.61 | 461 | -0.4379665 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:22 | DRCTEDGE | -100 | 4.61 | 461 | 0.0620335 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:22 | DRCTEDGE | -100 | 4.61 | 461 | 0.0620335 P |
| Trades | Data | Order | Stocks | USD | GBR | 2018-06-29, 13:44:22 | - | -100 | 4.62 | 462 | -0.18816325 |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:22 | DRCTEDGE | -100 | 4.62 | 462 | -0.18816325 |
| Trades | Data | Order | Stocks | USD | GBR | 2018-06-29, 13:44:24 | - | -50 | 4.63 | 231.5 | -0.26921675 |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:24 | DRCTEDGE | -50 | 4.63 | 231.5 | -0.26921675 |
| Trades | Data | Order | Stocks | USD | GBR | 2018-06-29, 13:44:28 | - | -320 | 4.64 | 1484.8 | -0.35163965 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:28 | DRCTEDGE | -20 | 4.64 | 92.8 | -0.31784365 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:29 | DRCTEDGE | -100 | 4.64 | 464 | -0.087932 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:29 | DRCTEDGE | -100 | 4.64 | 464 | -0.087932 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:29 | DRCTEDGE | -100 | 4.64 | 464 | 0.162068 P |
| Trades | Data | Order | Stocks | USD | GBR | 2018-06-29, 13:44:29 | - | -100 | 4.65 | 465 | -0.43820225 |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:29 | DRCTEDGE | -100 | 4.65 | 465 | -0.43820225 |
| Trades | Data | Order | Stocks | USD | GBR | 2018-06-29, 13:44:33 | - | -300 | 4.7 | 1410 | 0.23571275 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:33 | DRCTEDGE | -100 | 4.7 | 470 | -0.18826725 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:33 | DRCTEDGE | -100 | 4.7 | 470 | 0.16199 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:33 | DRCTEDGE | -100 | 4.7 | 470 | 0.16199 P |
| Trades | Data | Order | Stocks | USD | GBR | 2018-06-29, 13:44:33 | - | -300 | 4.71 | 1413 | 0.13567375 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:33 | DRCTEDGE | -100 | 4.71 | 471 | -0.18828025 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:33 | DRCTEDGE | -100 | 4.71 | 471 | 0.161977 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:33 | DRCTEDGE | -100 | 4.71 | 471 | 0.161977 P |
| Trades | Data | Order | Stocks | USD | GBR | 2018-06-29, 13:44:33 | - | -100 | 4.73 | 473 | -0.18830625 |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:44:33 | DRCTEDGE | -100 | 4.73 | 473 | -0.18830625 |
| Trades | Data | Order | Stocks | USD | GBR | 2018-06-29, 13:45:07 | - | -26,900 | 4.65042677 | 125096.48 | -40.77712574 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:45:07 | IBKRATS | -1,400 | 4.6577 | 6520.78 | -1.95239954 P |
| Trades | Data | Trade | Stocks | USD | GBR | 2018-06-29, 13:45:07 | DRCTEDGE | -25,300 | 4.65 | 117645 | -47.5686805 P |
| [illegible] | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | |

CONFIDENTIAL

MINT-GBR000069

CONFIDENTIAL

MINT-GBR000070

CONFIDENTIAL

MINT-GBR000071

CONFIDENTIAL

MINT-GBR000072

CONFIDENTIAL
MINT-GBR000073

CONFIDENTIAL
MINT-GBR000074

CONFIDENTIAL
MINT-GBR000075

CONFIDENTIAL
MINT-GBR000076

CONFIDENTIAL

MINT-GBR000077

CONFIDENTIAL

MINT-GBR000078

CONFIDENTIAL

MINT-GBR000079

CONFIDENTIAL

MINT-GBR000080

CONFIDENTIAL
MINT-GBR000081

CONFIDENTIAL
MINT-GBR000082

CONFIDENTIAL
MINT-GBR000083

CONFIDENTIAL
MINT-GBR000084

CONFIDENTIAL

MINT-GBR000065

CONFIDENTIAL

MINT-GBR000066

CONFIDENTIAL

MINT-GBR000067

CONFIDENTIAL

MINT-GBR000068

MINT-GBR0000098                                    CONFIDENTIAL                                    MINT-GBR0000095                                    CONFIDENTIAL

MINT-GBR0000094                                    CONFIDENTIAL                                    MINT-GBR0000093                                    CONFIDENTIAL