UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW CONCEPT ENERGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>GUY GENTILE and<br>MINTBROKER INTERNATIONAL, LTD.,<br><br>Defendants. | No. 18-cv-8896 (VSB) (RJL)<br><br>ECF Case |

Related to:

| | |
|---|---|
| AVALON HOLDINGS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>GUY GENTILE and<br>MINTBROKER INTERNATIONAL, LTD.,<br><br>Defendants. | No. 18-cv-7291 (VSB) (RJL)<br><br>ECF Case |

**PLEASE TAKE NOTICE** that, pursuant to the Court's Summary Judgment Opinion & Order entered on April 8, 2022 (Dkt #88), upon the accompanying Brief and Affirmation of David Lopez (and attached Exhibits), and the pleadings, Plaintiff New Concept Energy, Inc. hereby moves the Court for entry of Judgment against Defendants Guy Gentile and Mintbroker International, Ltd. (jointly and severally) in the amount of $6,102,002, plus pre-judgment interest in the amount of $1,077,315, for a total award of $7,179,317.

Dated:  May 9, 2022 | New York, NY

| | |
|---|---|
| *s/ Miriam Tauber* | *s/ David Lopez* |
| Miriam Tauber (MT-1979) | David Lopez (DL-6779) |
| MIRIAM TAUBER LAW PLLC | LAW OFFICES OF DAVID LOPEZ |
| 885 Park Ave. 2A, New York NY 10075 | PO Box 323 \| 171 Edge of Woods Rd. |
| (323) 790-4881 \| MiriamTauberLaw@gmail.com | 631-287-5520 \| DavidLopezEsq@aol.com |

*Attorneys for Plaintiff New Concept Energy, Inc.*