USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AVALON HOLDINGS CORP.,                :        18-cv-7291 (VSB) (RWL)
                                      :
              Plaintiff,            :        **ORDER**
                                      :
     - against -                      :
                                      :
GUY GENTILE, et al.,                  :
                                      :
             Defendants.           :
-------------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,             :        18-cv-8896 (VSB) (RWL)
                                      :
             Plaintiff,            :        **ORDER**
                                      :
     - against -                      :
                                      :
GUY GENTILE, et al.,                  :
                                      :
             Defendants.           :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      NOTICE of Conference: The Court will hold a conference with counsel on Wednesday, September 7, 2022 at 2:30pm in Courtroom 18D, 500 Pearl Street. The purpose of the conference is to discuss plans for an inquest hearing. The parties shall meet and confer, and, at least five days before the conference, shall submit a proposed pre-hearing plan providing: (1) a list of the witnesses the parties anticipate calling to offer testimony and whether any witness testimony should be accepted by affidavit, (2) a list of the parties anticipated exhibits, (3) any pre-hearing disputes or issues that need to be addressed, (4) proposed length of opening statements, if any, and (5) estimated length of the hearing. The Court anticipates the hearing will address the following issues: (1)

1

client vs. non-client trades, and (2) the extent to which Defendants could and should have obtained and produced the recently-produced Mintbroker records at an earlier time.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 15, 2022
New York, New York