UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVALON HOLDINGS CORP.,                :        18-cv-7291 (VSB) (RWL)
                                      :
            Plaintiff,                :        **ORDER**
                                      :
      - against -                     :
                                      :
GUY GENTILE, et al.,                  :
                                      :
            Defendants.               :
------------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,             :        18-cv-8896 (VSB) (RWL)
                                      :
            Plaintiff,                :        **ORDER**
                                      :
      - against -                     :
                                      :
GUY GENTILE, et al.,                  :
                                      :
            Defendants.               :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference on September 7, 2022: The parties shall meet and confer and by **September 14, 2022** shall submit a proposed schedule for supplemental discovery on damages. The proposal should address both fact discovery and expert discovery.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 7, 2022
       New York, New York

1