```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :      18cv7291 (DLC)
AVALON HOLDINGS CORP.,                :      18cv8896 (DLC)
                                      :
                          Plaintiff,  :
               -v-                    :         ORDER
                                      :
GUY GENTILE and MINTBROKER            :
INTERNATIONAL, LTD.,                  :
                                      :
                          Defendants. :
                                      :
------------------------------------- X
                                      :
NEW CONCEPT ENERGY, INC.,             :
                                      :
                          Plaintiff,  :
               -v-                    :
                                      :
GUY GENTILE and MINTBROKER            :
INTERNATIONAL, LTD.,                  :
                                      :
                          Defendants. :
------------------------------------- X
```

DENISE COTE, District Judge:

On October 19, 2022, the defendants Guy Gentile and MintBroker International, Ltd. moved to strike an improperly filed document from the record (Docket No. 145 in 18cv7291 and Docket No. 135 in 18cv8896). The plaintiffs Avalon Holdings Corp. and New Concept Energy, Inc. filed an opposition on

November 3. The defendants filed a reply on November 9. It is hereby

ORDERED that the defendants' motion to strike is granted.

Dated:   New York, New York
         November 9, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge