```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AVALON HOLDINGS CORP.,            :        18-CV-7291 (DLC) (RWL)
                                  :
                    Plaintiff,    :        **ORDER**
                                  :
        - against -                :
                                  :
GUY GENTILE, et al.,              :
                                  :
                    Defendants.   :
-----------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,         :        18-CV-8896 (DLC) (RWL)
                                  :
                    Plaintiff,    :        **ORDER**
                                  :
        - against -                :
                                  :
GUY GENTILE, et al.,              :
                                  :
                    Defendants.   :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendant Gentile's March 22, 2023 request for a stay of post-inquest hearing briefing pending determination of his recent motion to dismiss for lack of standing is DENIED for principally the reasons set forth in Plaintiffs' March 27, 2023 letter.

The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 193 in 18-cv-8896 and Dkt. 210 in 18-cv-7291.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2023
       New York, New York