USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023

**MIRIAM TAUBER LAW**
885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

April 3, 2023

<u>Via ECF</u>
Hon. Robert W. Lehrburger, U.S.M.J. (S.D.N.Y.)

Re:   *Avalon Holdings Corp. v. Gentile* et. al., No. 18-cv-7291-VSB (S.D.N.Y.);
&  *New Concept Energy, Inc. v. Gentile*, et. al., No. 18-cv-8896 (S.D.N.Y.)

**<u>Request for 10-Day Extension of Post-Hearing Briefing Schedule</u>**

Dear Judge Lehrburger:

On behalf of the Plaintiffs, I respectfully request a brief (10-day) extension of the current post-hearing briefing schedule to accommodate plans around the upcoming Passover holiday.

This is Plaintiffs' first request to extend the briefing schedule set by the Court following the inquest hearing.

Defendants consent to this request.

The current and proposed revised briefing schedule is as follows:

<u>Principal Briefs</u>
Current Deadline:                     April 4, 2023
Proposed Extended Deadline:           **April 14, 2023**

<u>Response Briefs</u>
Current Deadline:                     April 18, 2023
Proposed Extended Deadline:           **April 28, 2023**

Respectfully submitted,

<u>/s/ Miriam Tauber</u>
Miriam Tauber
*Attorney for Plaintiffs*

cc:   All counsel (via ECF)

SO ORDERED:
4/3/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE