USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2023

**MIRIAM TAUBER LAW**
885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

April 13, 2023

<u>Via ECF</u>
Hon. Robert W. Lehrburger, U.S.M.J. (S.D.N.Y.)

Re:   *Avalon Holdings Corp. v. Gentile* et. al., No. 18-cv-7291-VSB (S.D.N.Y.);
&  *New Concept Energy, Inc. v. Gentile*, et. al., No. 18-cv-8896 (S.D.N.Y.)

<u>Request for Additional 5-Day Extension of Post-Hearing Briefing Schedule</u>

Dear Judge Lehrburger:

  On behalf of the Plaintiffs, I respectfully request an additional brief 5-day extension of the deadline to submit post-hearing briefs. Plaintiffs also respectfully request a 1-week extension of the deadline for the parties to submit response briefs.

  This is Plaintiffs' second request to extend the briefing schedule set by the Court following the inquest hearing. Defendants do not oppose this request.

  The current and proposed revised briefing schedule is as follows:

<u>Principal Briefs</u>
Current Deadline:                         April 14, 2023
Proposed Extended Deadline:   **April 19, 2023**

<u>Response Briefs</u>
Current Deadline:                         April 28, 2023
Proposed Extended Deadline:   **May 5, 2023**

Respectfully submitted,

<u>/s/ Miriam Tauber</u>
Miriam Tauber
*Attorney for Plaintiffs*

SO ORDERED:

4/14/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

cc:   All counsel (via ECF)