```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   18cv7291 (DLC)
AVALON HOLDINGS CORP.,                    :   18cv8896 (DLC)
                                          :
                Plaintiff,                :
        -v-                               :         ORDER
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :
                                          :
                Defendants.               :
                                          :
----------------------------------------- X
                                          :
NEW CONCEPT ENERGY, INC.,                 :
                                          :
                Plaintiff,                :
        -v-                               :
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :
                                          :
                Defendants.               :
----------------------------------------- X
```

DENISE COTE, District Judge:

On October 6, 2023, Magistrate Judge Robert W. Lehrburger filed the Report and Recommendation in this case. Accordingly, it is hereby

ORDERED that any objections are due October 20, 2023. Any responses are due October 27.

Dated:   New York, New York
         October 10, 2023

                                          _____
                                               DENISE COTE
                                          United States District Judge