# MIRIAM TAUBER LAW

885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

November 17, 2023

**Via ECF**
Hon. Denise L. Cote (S.D.N.Y.)

Re: *Avalon Holdings Corp. v. Gentile* et. al., No. 18-cv-7291;
& *New Concept Energy, Inc. v. Gentile*, et. al., No. 18-cv-8896

**Request for Brief Extension of Deadline to File Plaintiffs' Response to Gentile's R&R Objections**

Your Honor:

I respectfully request a brief extension of the deadline for Plaintiffs' to file their response to the Objections to M.J. Lehrburger's Report & Recommendation.

Plaintiffs' response is due today, Friday, November 19. Plaintiffs respectfully request that the deadline be extended over the weekend, with Plaintiffs' response to be filed on Monday, November 20.

This is Plaintiffs' first request to extend the response deadline, which is the only outstanding deadline pending in these cases. Gentile's counsel does not oppose this request.

Respectfully submitted,

*/s/ Miriam Tauber*
Miriam Tauber
*Attorney for Plaintiffs*

Granted.
/s/ Denise Cote
11/17/23

cc: All counsel (via ECF)