# OLSHAN

1325 AVENUE OF THE AMERICAS ■ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ■ FACSIMILE: 212.451.2222

EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

December 6, 2023

<u>BY ECF</u>

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

  Re: *Avalon Holding Corp. v. Gentile, et al.*, Case No. 18-CV-7291 (DLC)(RWL)
    *New Concept Energy, Inc. v. Gentile, et al.*, Case No. 18-CV-8896 (DLC)(RWL)

Dear Judge Cote:

  We represent defendant Guy Gentile, in the above-referenced actions. Pursuant to Rule 4(f) of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request that the Court schedule oral argument on Mr. Gentile's Objections to Magistrate Judge Lehrburger's October 6, 2023 Report and Recommendation.

  We thank the Court for its attention to this matter.

              Respectfully submitted,

              */s/ Thomas J. Fleming*

              Thomas J. Fleming

cc: All counsel of record (by ECF)