UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORPORATION,<br><br>                              Plaintiff,<br><br>  -against-<br><br>GUY GENTILE and MINTBROKER INTERNATIONAL, LTD.,<br><br>                            Defendants.<br><br>NEW CONCEPT ENERGY, INC.,<br><br>                              Plaintiff,<br><br>  -against-<br><br>GUY GENTILE and MINTBROKER INTERNATIONAL, LTD.,<br><br>                              Defendants. | 18-CV-7291 (DLC)(RWL)<br><br>18-CV-8896 (DLC)(RWL)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that defendant Guy Gentile, by his attorneys, Olshan Frome Wolosky LLP, hereby appeals to the United States Court of Appeals for the Second Circuit from a Judgment entered in the above-captioned actions on March 20, 2024 (the "Judgment"), which entered awarded plaintiffs a judgment in the total amount of $16,292,458. Annexed hereto are copies of the Court's March 20, 2024 Judgment and the Court's related Opinion and Order, dated February 5, 2024.

Dated:    April 15, 2024

OLSHAN FROME WOLOSKY LLP

By:   /s/ *Thomas J. Fleming*
       Thomas J. Fleming
       Kerrin T. Klein
       1325 Avenue of the Americas
       New York, New York 10019
       (212) 451-2300
       *Attorney for Defendant Guy Gentile*