```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   18cv7291 (DLC)
AVALON HOLDINGS CORP.,                    :   18cv8896 (DLC)
                                          :
                          Plaintiff,      :
              -v-                         :   FINAL JUDGMENT
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
                                          :
NEW CONCEPT ENERGY, INC.,                 :
                                          :
                          Plaintiff,      :
              -v-                         :
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :
                                          :
                          Defendants.     :
----------------------------------------- X
```

DENISE COTE, District Judge:

On Opinion and Order was issued on February 5, 2024 in favor of plaintiffs. The February 5 Opinion directed plaintiffs to submit revised prejudgment interest calculations. Briefing on the revised calculations was fully submitted on March 14. Accordingly, it is hereby

ORDERED that final judgment is entered for the plaintiffs, as follows: plaintiff Avalon Holdings Corporation is awarded pre-judgment interest in the amount of $1,983,267, for a total Final Judgment amount of $8,219,175. Plaintiff New Concept

2

Energy Inc. is awarded pre-judgment interest in the amount of $1,971,281, for a total Final Judgment amount of $8,073,283.

Dated: New York, New York
March 20, 2024

_____
DENISE COTE
United States District Judge

2