```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVALON HOLDINGS CORP.,                      :        18-cv-7291 (VSB) (RWL)
                                            :
                    Plaintiff,              :        ORDER
                                            :
        - against -                         :
                                            :
GUY GENTILE, et al.,                        :
                                            :
                    Defendants.             :
------------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,                   :        18-cv-8896 (VSB) (RWL)
                                            :
                    Plaintiff,              :        ORDER
                                            :
        - against -                         :
                                            :
GUY GENTILE, et al.,                        :
                                            :
                    Defendants.             :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the issue of Plaintiffs' request at Dkt. 287 that the Olshan firm furnish Mr. Gentile's most recent address. In response, at Dkt. 289, counsel states that they informed Plaintiffs' counsel that they would comply with the request. Accordingly, by May 15, 2024, the Olshan firm shall provide to Plaintiffs' counsel Mr. Gentile's most recent address known to the Olshan firm. The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 287.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 9, 2024
      New York, New York