# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

May 16, 2024

Hon. Denise L Cote
U.S.D.J.. (S.D.N.Y.)

Re:   *Avalon Holdings Corp. vs Gentile, et al.,*  **18-cv-7291**
      *New Concept Energy, Inc vs. Gentile et al.,*  **18-cv-8896**

**Withdrawal Of Erroneous Letter Filings**

Your Honor:

Plaintiffs' counsel filed letters last night containing factual errors, Docket entry # 297 in the Avalon case and Docke entry # 281 in the New Concept Case. We ask that they be disregarded.

We respectfully withdraw them and will file corrected replacements later today.

I apologize for having been the source of the errors.

Very truly yours,

David Lopez
*Attorney for Plaintiffs*

DL.el
Cc:  All Attorneys Of Record
Via ECF