ABSTRACT OF JUDGMENT

**Re:** New Concept Energy, Inc. v. Guy Gentile, et. al.

**Case Number:** 18-CV-8896

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Guy Gentile<br>860 Ashford Ave. Apt. 7B<br>San Juan, PR 00907 | New Concept Energy, Inc.<br>1603 LBJ Freeway, Suite 300<br>Dallas Texas 75234 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $8,073,283.00 | Attorney for Judgment Creditor Plaintiff Avalon Holdings Corp.:<br>  Miriam Tauber<br>  MIRIAM TAUBER LAW<br>  885 Park Ave #2A<br>  New York, NY 10075<br>MiriamTauberLaw@gmail.com<br><br>Attorney for Judgment Debtor Defendant Guy Gentile:<br>  Thomas Fleming<br>  OLSHAN FROME WOLOSKY LLP<br>1325 Avenue of the Americas<br>  New York, New York 10019<br>TFleming@OlshanLaw.com | 3/20/2024 |

UNITED STATES OF AMERICA