UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (DLC) (RJL) <br><br> ECF Case |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-8896 (DLC) (RJL) <br><br> ECF Case |

## NOTICE OF COLLATERAL FOREIGN PROCEEDINGS

Defendant Guy Gentile respectfully notifies the Court that, as of August 11, 2025, collateral proceedings involving the same plaintiffs are pending before a foreign tribunal[1].

This notice is provided solely for the Court's awareness. Defendant does not seek any relief from this Court at this time, and nothing in this notice should be construed as a submission to or acceptance of this Court's jurisdiction.

Dated: August 19, 2025
Respectfully submitted,

Guy Gentile
Defendant Pro Se

---

[1] Plaintiffs have suggested that Mr. Gentile has "absconded." That characterization is inaccurate. Mr. Gentile continues to pursue adjudication of his rights in multiple forums, including collateral foreign proceedings.



PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

# USPS PRIORITY MAIL®

891988X1X1XPRI
Guy Gentile
Meydan Grandstand, 6th Floor
Meydan Road, Nad Al Sheba
Dubai, United Arab Emirates, AA 99999

Clerk of Court United States District Co
Clerk of Court United States District Co
500 Pearl St RM 120
New York, NY 10007

**USPS TRACKING # eVS**



9205 5901 5266 1900 2248 1665 84



RECEIVED
AUG 2 6 2025
PRO SE OFFICE


