```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
AVALON HOLDINGS CORP.,                   :
                                         :
                      Plaintiff,         :
          -v-                            :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :    18cv7291 (DLC)
                                         :    18cv8896 (DLC)
                      Defendants.        :
                                         :        ORDER
----------------------------------------  :
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                      Plaintiff,         :
          -v-                            :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 17, 2025, Gentile filed a motion to strike plaintiffs' opposition brief as untimely, contending that plaintiffs' 90-minute delay in filing their brief prejudiced him by reducing his time to reply. That same day, an Order of September 17, 2025 granted Gentile additional time to file his reply, extending his deadline from September 17, 2025 to September 22, 2025. Accordingly, it is hereby

ORDERED that Gentile's motion to strike is denied.

Dated:  New York, New York
        September 17, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge