UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (DLC) (RJL) <br><br> ECF Case |
| Related to: <br> NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-8896 (DLC) (RJL) <br><br> ECF Case <br><br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Defendant Guy Gentile, appearing pro se, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the United States District Court for the Southern District of New York entered on September 23, 2025 (ECF No. 427), which (i) denied Defendant's motions for sanctions and reconsideration, and (ii) lifted without prejudice the civil arrest warrant issued September 20, 2024. This appeal is taken pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3. Annexed hereto is a copy of the Court's September 23, 2025, Order.

Dated: October 2, 2025                                                                                   Guy Gentile, Pro Se

By:     */s/ Guy Gentile*
P.O. Box 504377, Dubai, UAE
+971 58 590 2347
fightfightfigth@proton.me