```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVALON HOLDINGS CORP.,                    :        18-cv-7291 (DLC) (RWL)
                                          :
                    Plaintiff,            :        18-cv-8896 (DLC) (RWL)
                                          :
        - against -                       :
                                          :
GUY GENTILE, et al.,                      :
                                          :
                    Defendants.           :
------------------------------------------------------------X        ORDER
NEW CONCEPT ENERGY, INC.,                 :
                                          :
                    Plaintiff,            :
                                          :
        - against -                       :
                                          :
GUY GENTILE, et al.,                      :
                                          :
                    Defendants.           :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiffs' letter motion at Dkt. 441 to compel Nicholas Abadiotakis to comply with a subpoena for documents and deposition testimony pursuant to Fed. R. Civ. P. 69 is denied without prejudice insofar as enforcement of the subpoena should be pursued in the Southern District of Florida where Mr. Abadiotakis resides, and Plaintiffs previously registered the judgments at issue in this case.

The letter motion at Dkt. 442 filed by Mr. Gentile to quash two third-party subpoenas is denied as moot with respect to the subpoena directed to Mr. Abadiotakis. As concerns the subpoena to Caputo & Associates, the motion to quash is denied substantially for the reasons as set forth in Plaintiffs' response at Dkt. 447.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 441 and 442.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2025
      New York, New York

Copies transmitted this date to all counsel of record.