**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (DLC) (RJL) <br><br> ECF Case |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-8896 (DLC) (RJL) <br><br> ECF Case |

**SUPPLEMENTAL NOTICE REGARDING COLLATERAL FOREIGN PROCEEDINGS**
**(Dubai Courts – United Arab Emirates)**

Defendant Guy Gentile respectfully submits this Supplemental Notice to update and clarify the

procedural status of a foreign proceeding previously disclosed in Defendant's Notice of Foreign

Proceeding filed on August 26, 2025 (Dkt. No. 400), and Defendant's file Declaration Exhibit

(Dkt. No. 480 Exh. C).


United Arab Emirates (UAE) Court Claim

       Court:
       Dubai Court of First Instance (Civil – Full Bench)

       Case No.:
       22 / 2025 / 471 – Civil (Kulliya)

Parties

Claimants:
Guy Gentile;
Quantum AI LLC

Defendants:
Avalon Holdings Corp.;
New Concept Energy, Inc.;
David Lopez, Esq.;
Miriam Tauber, Esq.

Nature of Claims

The action seeks approximately USD $80 million (or AED equivalent) in business tort damages arising from violations of United Arab Emirates law based on Defendants' conduct after entry of judgment in the above-captioned Section 16(b) actions.

Service and Notice

All Defendants were properly served with process in the Dubai Court action in compliance with UAE law, including official electronic service through the Dubai Courts system, and additional service consistent with United States due process standards within the United States. Affidavits of Service have been executed for all parties.

    A. Electronic Service (Dubai Courts)

All Corporate Defendants were served by official Dubai Courts email on December 12, 2025.

Individual Defendants were served by official Dubai Courts email on December 23, 2025, to Miriam Tauber, and on December 24, 2025, to David Lopez.

    B. Personal Service in the United States

Personal service was effected by retained U.S. process servers as follows:

- David Lopez, Esq.

  Served on  January 5, 2026

  171 Edge of Woods Road, Southampton, NY 11968

- Miriam Tauber, Esq.

  Served on January 8, 2026

  270 New York Avenue, Brooklyn, NY 11216

  C. The Registered Agent (United States)

- Avalon Holdings Corp. % Frances R. Kingle

  Served on: December 31, 2025

  Served to: Corrie Ward, 1 American Way, Warren, OH 44484

- New Concept Energy, Inc. % , National Registered Agents. Inc of NV.

  Served on: December 30, 2025

  Served to: Ana Gomes, 701 South Carson Street, Suite 200, Carson City, NV 89701

Status of the Dubai Proceedings

No Defendant appeared at the initial or subsequent hearing ordered by the Dubai Court, which was conducted via video conference. The Dubai Court proceeded in Defendants' absence and reserved judgment.

The Court has advised that judgment is expected to be pronounced on January 26, 2026, via video conference. If no Defendant appears, the matter is expected to proceed on the merits. The Dubai Court has provided Defendants with remote access credentials, and with no international travel required.

Accessibility of the Dubai Court Proceedings

The Dubai Courts maintain an official online case portal providing English-language functionality and translations, allowing English-speaking parties to access docket information, scheduling, and procedural instructions:

https://www.dc.gov.ae

This ensures transparency and full accessibility for Defendants.

Relation to These Post-Judgment Proceedings

The Dubai Court action relates solely to post-judgment conduct occurring after entry of judgment in these Section 16(b) actions. It does not challenge the merits of this Court's judgment.

This Supplemental Notice is provided solely for transparency and to ensure Defendants have additional actual notice of the January 26, 2026, Dubai Court hearing.

No relief is requested by this Supplemental Notice.

Dated: January 15, 2026

Respectfully submitted,

Guy Gentile
Defendant, *pro se*

4