# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

April 14, 2026

Hon. Robert W. Lehrburger
United States Magistrate Judge, S.D.N.Y.

**Re:    Avalon Holdings Corp. v. Genitle, 18-cv-7291 (DLC)(RWL)
New Concept Energy, Inc. v. Gentile, 18-cv-8896 (DLC)(RWL)
Discovery Dispute**

Your Honor:

I am one of plaintiffs' counsel and I write to request a pre-motion conference, the motion being to compel the prompt holding of oral depositons pursuant to weeks-old subpoenas of witnesses in aid of execution of two judgments outstanding against Guy Gentile now amounting to roughly $18,000,000 after interest..

Mr. Gentile has been found in contempt of this court and an arrest warrant has been reinstated against him for his refusal to submit to examination on oral questions. As Your Honor is aware, Mr. Gentile fled the country rather than testify and remains a fugitive claiming falsely to be in the United Arab Emirates. We believe his actual place of hiding to be Italy, the place of issuance of one of his many passports

The plaintiffs have identified an asset – a mixed use apartment and commercial structure in Westchester county -- that they believe they can show is owned by Mr. Gentile behind a maze of LLC and trust title holders. Mr. Gentile, ever the gentleman, has positioned his widowed mother as the front for an ownership structure in which he never formally appears. Plaintiffs subpoenaed her testimony and documents in late January. Her appearance was postponed while document production was slow-walked until this week when we demanded a scheduling of her testimony this week or next. Her counsel has insisted that he cannot possibly make himself available prior to mid-to-late May because he has a trial then and he has to prepare now.

We suggest that Mr. Gentile is instructing his mother to delay, delay, delay, as he has throughout this six year old case while he works to fortify his concealment of his ownership of this asset and of the income that it generates. We have reliable evidence that he has enjoyed a steady income stream through his mother from the property while flouting this court's orders and hiding himself offshore behind false addresses and fictitious identities.

Mrs. Gentile's counsel is a member of a large firm which can easily assign another lawyer or lawyers to sit at the deposition table while questions are asked and answered and a record is

# DAVID LOPEZ

Hon. Robert W. Lehrburger
April 14, 2026
Page 2

made to form the basis for turnover proceedings or for an application for appointment of a receiver. A half dozen other witnesses affiliated or associated with Mr. Gentile have also been subpoenaed and their examinations, too, have been put on hold by defense counsel for no better reason than that counsel has other business maturing next month. Don't we all?

We ask that Mrs. Gentile's deposition be ordered for a date and time certain within a week to ten days of this letter, followed closely by the depositions of all other subpoenaed witnesses.

Very truly yours,

David Lopez

Plaintiff's application is granted a follows. Mrs. Gentile shall appear for deposition and be deposed on any of May 12, 13, or 14, with the particular day to be selected by Plaintiff's counsel and communicated to the Olshan firm by April 20, 2026. (See 18-CV-7291, Dkt. 529.) The parties and non-parties shall cooperate in scheduling the depositions of all other subpoenaed witnesses represented by the Olshan firm so that those depositions are taken before the end of May, absent compelling circumstances.

SO ORDERED:

4/15/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE